## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

_____

In re:                                                                                                                    BKY No.:  09-50779

Dennis E. Hecker,                                                                                            Chapter 7

                Debtor.

_____

Chrysler Financial Services Americas LLC,

                                               ADV Case No.:  09-5019

                Plaintiff,

vs.

Dennis E. Hecker,

                Defendant.

_____

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE
### OF PAPERS PURSUANT TO BANKRUPTCY RULES 2002(I) AND 9010

      NOTICE HEREBY IS GIVEN pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") that Leonard, O'Brien, Spencer, Gale & Sayre, Ltd. appears for and on behalf of Randall L. Seaver, Trustee of the Bankruptcy Estate of Dennis E. Hecker.

      NOTICE IS FURTHER GIVEN that Leonard, O'Brien, Spencer, Gale & Sayre, Ltd. requests that all notices given or required to be given in the captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in this case, and all notices mailed only to the statutory committees or their authorized agents and to creditors and equity security holders who file with the Court a request that all notices be mailed to them) be served upon Leonard, O'Brien, Spencer, Gale & Sayre, Ltd. at the following office and telephone number:

Matthew R. Burton
Leonard, O'Brien, Spencer, Gale & Sayre, Ltd.
100 South Fifth Street, Suite 2500
Minneapolis, Minnesota  55402
(612) 332-1030
*mburton@losgs.com*

NOTICE IS FURTHER GIVEN that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile or otherwise, that affect the captioned debtor or debtor-in-possession or the property of such debtor or the debtor's estate.

**LEONARD, O'BRIEN SPENCER, GALE & SAYRE, LTD.**

Dated: September 17, 2009

By: /e/ Matthew R. Burton
Matthew R. Burton #210018
100 South Fifth Street
Suite 2500
Minneapolis, Minnesota  55402
Telephone:  (612) 332-1030

ATTORNEYS FOR RANDALL L. SEAVER, TRUSTEE

409238