UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re:<br><br>DENNIS E. HECKER,<br><br>Debtor.<br><br>———————————<br><br>CHRYSLER FINANCIAL SERVICES AMERICAS LLC,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS E. HECKER,<br><br>Defendant | Bankruptcy Case No: 09-50779-RJK<br><br>Chapter 7<br><br><br><br>Adversary Proceeding No.: 09-05019 |

**AMENDED DECLARATION OF WILLIAM F. MOHRMAN IN SUPPORT OF DEFENDANT'S MOTION FOR A STAY**

I, William F. Mohrman, after being first duly sworn, deposes and states as follows:

1. I am an attorney at Mohrman & Kaardal, P.A. and make this Declaration in Support of Defendant Dennis E. Hecker's Motion for a Stay based on the pending Grand Jury investigation.

2. Attached as Exhibit 2 to my original declaration filed in support on Defendant's Motion to Stay (Docket No. 15) was a December 17,

1

2007 e-mail from Mr. John Bowker, an employee of Plaintiff's, to Hecker and not the November 19, 2007 email referenced in the Memorandum.

3. Attached as Exhibit 3 to this Amended Declaration is a true and correct copy of Mr. John Bowker's November 19, 2007 email referenced in the Memorandum.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 24, 2009

s/William F. Mohrman
_____
William F. Mohrman

## Jim Gustafson

| | |
|---|---|
| **From:** | jb83@chryslerfinancial.com |
| **Sent:** | Monday, November 19, 2007 1:34 PM |
| **To:** | Heckerauto@aol.com |
| **Cc:** | Steve J. Leach; mjc20@chryslerfinancial.com; ts17@chryslerfinancial.com; Erik P. Dove |
| **Subject:** | Hyundai program |

Denny,

Thanks for providing the Hyundai program for 4,855 units.

A few questions:

1) Why is the agreement with Walden Fleet Services II? Shouldn't this be Rosedale?
2) Are the marketing/advertising incentives limited to $50.00/unit? No other incentives?
3) Hyundai is requiring an escrow account for payments (repurchase, mileage, incentive etc.). Should also be included in our block account agreement.
4) In addition, the agreement allows for CF to have an assignment of rights to vehicles purchased- please assist with HMA in obtaining.

John W. Bowker
Chrysler Financial
National Accounts Manager
27777 Inkster Road
Farmington Hills, MI  48334
CIMS 405-23-05
248-427-6509
248-219-8001 (Cell)
248-427-6569 (Fax)
jb83@chryslerfinancial.com

1

**THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| **In Re:** <br><br> **DENNIS E. HECKER,** <br><br> Debtor. <br> _____ <br><br> **CHRYSLER FINANCIAL SERVICES, AMERICAS LLC,** <br> Plaintiff, <br><br> v. <br><br> **DENNIS E. HECKER,** <br> Defendant. | **CERTIFICATE OF SERVICE** <br><br><br> **Bankruptcy Case No: 09-50779-RJK** <br> **Chapter 7 Case** <br><br> **Adversary Proceeding No.: 09-05019** |

I hereby certify that on September 24, 2009, I caused the following document:

- Amended Declaration of William F. Mohrman in Support of Motion for Stay with Exhibit 3;

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- Matthew R. Burton    mburton@losgs.com
- Stephen F Grinnell   stephen.grinnell@gpmlaw.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants: None.


Dated: September 24, 2009                                    **s/ William F. Mohrman**
                                                             William F. Mohrman