## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| **In re:** | ) | **Bankruptcy Case No: 09-50779-RJK** |
| | ) | |
| **DENNIS E. HECKER,** | ) | **Chapter 7** |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | **Adversary Proceeding No.: 09-05019** |
| **CHRYSLER FINANCIAL SERVICES AMERICAS LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **DENNIS E. HECKER,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT STATEMENT OF PARTIES PURSUANT TO LOCAL RULE 7037-1

Pursuant to Local Rule 7037-1 of the Local Rules of the United States Bankruptcy Court

for the District of Minnesota, Plaintiff, Chrysler Financial Services Americas LLC ("Chrysler

Financial") and Defendant, Dennis E. Hecker ("Hecker"), through their respective undersigned

counsel, respectfully submit this Joint Statement.

## BACKGROUND

1.      On July 8, 2009, Chrysler Financial commenced this adversary proceeding by

filing its Complaint seeking a determination that a portion of Hecker's debt to Chrysler Financial

is nondischargeable pursuant to 11 U.S.C. § 523(a).

2.      On November 12, 2009, Hecker served two deposition notices relating to Phenix

Investigations, Inc. ("Phenix"), scheduling those depositions for November 20, 2009. Phenix is a

private investigation firm retained by Chrysler Financial's Office of the General Counsel in

connection with this litigation. The first deposition notice is directed to the Custodian of

Records of Phenix. The second deposition notice is directed to Brian Bauer, the President and

CEO of Phenix. Attached to both deposition notices is a demand for production of the following

documents:

1. Copies of each and every document (including, but not limited to electronically stored information) which discusses, relates refers to any transactions between Plaintiff Chrysler Financial Services Americas, LLC (hereinafter "Chrysler") and Defendant Dennis E. Hecker (hereinafter "Hecker") or any entity in which Hecker had an interest.

2. Copies of each and every document (including, but not limited to electronically stored information) that you have received or sent to Chrysler relating to or concerning Hecker.

3. All agreements between you and Chrysler relating to services you provided to Chrysler concerning Dennis E. Hecker.

4. Copies of each and every document (including, but not limited to electronically stored information) you have received from Chrysler concerning or related to Hecker.

5. Any and all notes, documents, e-mail communications and writings, from Chrysler to you regarding or relating to the subject matter of this case.

6. Any and all notes, documents, papers, e-mail communications and writings from you to Chrysler regarding or relating to the subject matter of this case.

7. Any and all notes, email communications, documents, statements and writings, you obtained from Cindy Bowser or her representatives regarding or relating to the subject matter of this case.

8. Each and every document (including, but not limited to electronically stored information) you have obtained from any third party not identified above regarding or relating to the subject matter of this case.

3.      Pursuant to Local Rule 7037-1, counsel for Chrysler Financial and counsel for Hecker participated in a discovery conference on the afternoon of Friday, November 13, 2009.

4.      During the discovery conference, counsel for Chrysler Financial advised counsel for Hecker that Chrysler Financial objected to the depositions of Phenix on various grounds, including attorney work product. Chrysler Financial's counsel further advised Hecker's counsel that if Hecker insisted on proceeding with the Phenix depositions, Chrysler Financial intended to move for a protective order. Counsel for Hecker indicated that he intended to go forward with the Phenix depositions on November 20, 2009.

5.      On November 16, 2009, Chrysler Financial filed its motion for an order granting expedited relief and a protective order prohibiting Hecker from taking the Phenix depositions. The hearing on Chrysler Financial's motion is scheduled for November 18, 2009.

6.      The parties have been unable to resolve their differences with respect to the Phenix depositions.

November 17, 2009                GRAY, PLANT, MOOTY,
                                      MOOTY & BENNETT, P.A.


By  /e/  Stephen F. Grinnell
        Nicholas N. Nierengarten (#79169)
        Stephen F. Grinnell (#37928)
500 IDS Center, 80 South Eighth Street
Minneapolis, Minnesota 55402-3796
Telephone: (612) 632-3000
Telecopier: (612) 632-4444

-and-

MAYER BROWN LLP
Howard J. Roin (Admitted Pro Hac Vice)
Stuart M. Rozen (Admitted Pro Hac Vice)
71 South Wacker Drive
Chicago, Illinois  60606
Telephone:  (312) 782-0600
Facsimile:  (312) 701-7711

Attorneys for Plaintiff
Chrysler Financial Services Americas LLC

November 17, 2009                    SKOLNICK & SHIFF P.A.

By  /e/  William R. Skolnick
        William R. Skolnick (#137182)
527 Marquette Avenue South, Suite 2100
Minneapolis, Minnesota 55402
Telephone:  (612) 677-7600
Telecopier:  (612) 677-7601

Attorneys for Defendant Dennis E. Hecker

GP:2680324 v2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | ) Case No. 09-50779 |
| | ) |
| DENNIS E. HECKER, | ) Chapter 7 |
| | ) |
| Debtor. | ) Hon. Robert J. Kressel |
| Debtor. | ) |
| | ) |
| CHRYSLER FINANCIAL SERVICES | ) |
| AMERICAS LLC, | ) |
| | ) |
| Plaintiff. | ) |
| Plaintiff, | ) Adv. Pro. No. 09-5019 |
| v. | ) |
| v. | ) |
| | ) |
| DENNIS E. HECKER, | ) |
| | ) |
| Defendant. | |
| Defendant. | |

---

## CERTIFICATE OF SERVICE

I, Stephen F. Grinnell , hereby certify that on November 17, 2009, I caused the following:

Joint Statement of Parties Pursuant to Local Rule 7037-1

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

William R. Skolnick     wskolnick@skolnick-shiff.com
Matthew R. Burton       mburton@losgs.com

Dated: November 17, 2009                    GRAY, PLANT, MOOTY
                                             MOOTY & BENNETT, P.A.

                                              /e/  Stephen F. Grinnell
                                             Stephen F. Grinnell (#37928)

GP:2680946 v1