## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Case No. 09-50779-RJK |
| | Chapter 7 |
|     Dennis E. Hecker, | |
|         Debtor. | |

| | |
|---|---|
| Chrysler Financial Services Americas LLC, | ADV Pro. No. 09-05019 |
|         Plaintiff, | |
| v. | |
| Dennis E. Hecker, | |
|         Defendant. | |

### JOINT STATEMENT OF PARTIES PURSUANT TO LOCAL RULE 7037-1

Pursuant to Local Rule 7037-1 of the Local Rules of the United States Bankruptcy Court for the District of Minnesota, Interested Party Steve Leach ("Leach"), Plaintiff Chrysler Financial Services Americas LLC ("Chrysler Financial"), and Defendant Dennis E. Hecker ("Hecker"), through their respective undersigned counsel, respectfully submit this Joint Statement.

1.     On November 25, 2009, Hecker served a subpoena for deposition testimony and production of documents on Leach. No Exhibit A, which purportedly contains a list requested documents, was attached to the subpoena. The deposition was noticed for December 11, 2009.

2.     Before filing the motion to quash, and pursuant to Local Rule 7037-1, counsel for Leach engaged in a discovery conference with counsel for Hecker. Leach's counsel advised Hecker's counsel he objected to the subpoena in light of the ongoing

criminal investigation into allegations parallel to those at issue in this adversary proceeding. He further advised he intended to move the Court to quash Hecker's subpoena. Hecker's counsel stated he intended to go forward with Leach's deposition, but agreed to postpone the date of the deposition pending the court's ruling on Leach's motion to quash.

3. On December 4, 2009, Leach filed a motion to quash Hecker's subpoena and for protective order. The hearing on Leach's motion is scheduled for December 16, 2009.

4. On December 11, 2009, Plaintiff Chrysler Financial Services Americas LLC filed a response to Leach's motion to quash and for protective order.

5. On December 14, 2009, Hecker filed a response to Leach's motion to quash and for protective order.

6. On December 14, 2009, and pursuant to Local Rule 7037-1, counsel for Leach and counsel for Chrysler Financial participated in a discovery conference. They recognized that Chrysler Financial was not the reason for Leach's current motion for a protective order because it is not seeking Leach's deposition at this time. They agreed that, as between Chrysler Financial and Leach, Chrysler Financial could pursue Leach's deposition at a later time, at which point Leach could seek a protective order. But because there is no agreement from Hecker's counsel to defer the motion, Leach and Chrysler Financial will assert the positions set forth in their Memoranda submitted to the Court.

7. On December 14, 2009, and pursuant to Local Rule 7037-1, counsel for Leach proposed to counsel for Hecker that the parties defer the hearing on the motion as set forth in paragraph 6 above. Hecker's counsel advised he needs the Court's ruling on the matter and would not agree to the proposed deferral.

8.     The parties have been unable to resolve their differences with respect to the taking of Leach's deposition.

DATED:  December 15, 2009              GRAY, PLANT, MOOTY,
                                       MOOTY & BENNETT, P.A

                                       By ___/e/ Nicholas N. Nierengarten
                                       Nicholas N. Nierengarten (#79169)
                                           Stephen F. Grinnell (#37928)
                                       500 IDS Center, 80 South Eighth Street
                                       Minneapolis, Minnesota 55402-3796
                                       Telephone: (612) 632-3000
                                       Telecopier: (612) 632-4444

                                       -and-

                                       MAYER BROWN LLP
                                       Howard 1. Roin (Admitted Pro Hac Vice)
                                       Stuart M. Rozen (Admitted Pro Hac Vice)
                                       71 South Wacker Drive
                                       Chicago, Illinois 60606
                                       Telephone: (312) 782-0600
                                       Facsimile: (312) 701-7711

                                       Attorneys for Plaintiff
                                       Chrysler Financial Services Americas LLC

                                       SKOLNICK & SHIFF P.A.

                                       By _____/e/William R. Skolnick_____
                                            William R. Skolnick (#137182)
                                       527 Marquette Avenue South, Suite 2100
                                       Minneapolis, Minnesota 55402
                                       Telephone: (612) 677-7600
                                       Telecopier: (612) 677-7601

                                       Attorneys for Defendant Dennis E. Hecker

                                       LINDQUIST & VENNUM, P.L.L.P.

                                       By:  __/e/ Robert J. Hennessey_____
                                            Robert J. Hennessey (44118)
                                            Kelly G. Laudon (0386854)
                                       4200 IDS Center
                                       80 South Eighth Street
                                       Minneapolis, MN 55402
                                       (612) 371-3207
                                       Fax:  (612) 371-3207

Attorneys for Steve Leach