# EXHIBIT 31

# SKOLNICK & SHIFF, P.A.

**Attorneys at Law**
**2100 Rand Tower**
**527 Marquette Avenue South**
**Minneapolis, Minnesota 55402**
**(612) 677-7600**

## TELECOPY
**(612) 677-7601**

| | | |
|---|---|---|
| **DATE:** December 17, 2009 | Telecopy Number: | (312) 706-8677 |
| **TO:** Howard Roin, Esq. | Main number of receiving firm: | (312) 701-7054 |
| **FROM:** William R. Skolnick | | |
| **Number of pages including cover sheet:** 16 | | |

### MESSAGE:

Please find attached Correspondence.

This telecopy is intended only for the use of the addressee. If the addressee of this telecopy is a client or agent for one of our clients, you are further advised that the telecopy contains legally privileged and confidential information which we intended to send to the addressee only.

In any event, if you are not the intended recipient of the telecopy, you are hereby notified that you have received this telecopy inadvertently and in error. Any review, dissemination, distribution or copying of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original telecopy to us at the address above via the United States Postal Service. We will reimburse any costs you incur in notifying us and in returning the telecopy to us.

**Please call (612) 677-7600 if you do not receive all pages.**

### TELECOPY - INTEROFFICE USE

| | |
|---|---|
| Client/Matter No.: | Hecker/Chrysler Adversary 09-05019 |
| Attorney: | William R. Skolnick, Esq. |

# EXHIBIT 31

# SKOLNICK & SHIFF, P.A.

### ATTORNEYS AT LAW
2100 RAND TOWER
527 MARQUETTE AVENUE SOUTH
MINNEAPOLIS, MINNESOTA 55402-1308
(612) 677-7600 TEL.  (612) 677-7601 FAX
E-MAIL skolnicklaw@visi.com

WILLIAM R. SKOLNICK
ROLIN L. CARGILL III
SEAN A. SHIFF
AMY D. JOYCE*
*ALSO LICENSED IN ILLINOIS

OF COUNSEL:
LUANN M. PETRICKA

December 17, 2009

**VIA FACSIMILE**

Howard Roin
**Mayer Brown, LLP**
71 South Wacker Drive
Chicago, Illinois 60606

  Re: Chrysler Financial Services Americas, LLC. vs Dennis E. Hecker
    **Case File No. 09-CV-50779, Adv Pro No. 09-05019**

Dear Mr. Roin:

Enclosed in the above referenced matter and hereby served upon you, please find copies of the
following documents:

  1. Subpoena Duces Tecum in an Adversary Proceeding for Richard A. Page;
  2. Subpoena Duces Tecum in an Adversary Proceeding for Steve Leach;
  3. Notice of Taking Deposition of Richard A. Page; and
  4. Amended Notice of Taking Deposition of Steven Leach.

  If you have any questions, feel free to contact the undersigned.

      Yours truly,

      **SKOLNICK & SHIFF, P.A.**

      Zachary M. Puchtel
      Legal Assistant to William R. Skolnick

WRS:zmp
Enclosure

## UNITES STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA

In re:

**DENNIS E. HECKER**                                    **Case No. 09-50779-RJK**

      **Debtor.**                                      **Chapter 7**

---

**CHRYSLER FINANCIAL**                                  **ADV Pro. No. 09-05019**
**SERVICES AMERICAS LLC,**

      **Plaintiff,**

**vs.**                                                 **SUBPOENA DUCES TECUM IN**
                                                        **AN ADVERSARY PROCEEDING**
**DENNIS E. HECKER,**

      **Defendants.**

---

To: Richard A. Page, 1940 Fulham Street, Unit 110, Roseville MN 55113

|   | YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case. | |
|---|---|---|
| **PLACE OF TESTIMONY** | | **ROOM** |
| | | **DATE AND TIME** |

| X | YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case. | |
|---|---|---|
| **PLACE OF DEPOSITION**<br>SKOLNICK & SHIFF, P.A.<br>2100 Rand Tower<br>527 Marquette Ave S., Minneapolis, MN 55402-1308 | | **DATE AND TIME**<br>January 8, 2009   10:00 a.m. |

| X | YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): | |
|---|---|---|
| | SEE EXHIBIT A | |
| **PLACE** | | **DATE AND TIME** |

|   | YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below. | |
|---|---|---|
| **PREMISES** | | **DATE AND TIME** |

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| _[signature]_ : Attorney for Defendant | December 17, 2009 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
William R. Skolnick, Esq.
2100 Rand Tower 527 Marquette Ave S., Minneapolis, MN 55402-1308
(612)677-7600

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.
AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on

| DATE | SIGNATURE OF SERVER |
|---|---|
| | |

| | ADDRESS OF SERVER |
|---|---|
| | |

## Rule 45, Federal Rules of Civil Procedure, Parts C & D:

### (c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

### (d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

# UNITES STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

**DENNIS E. HECKER**                                           **Case No. 09-50779-RJK**

    **Debtor.**                                               **Chapter 7**

---

**CHRYSLER FINANCIAL**                                      **ADV Pro. No. 09-05019**
**SERVICES AMERICAS LLC**

    **Plaintiff,**

**vs.**                                              **SUBPOENA DUCES TECUM IN**
                                                     **AN ADVERSARY PROCEEDING**
**DENNIS E. HECKER,**

    **Defendants.**

---

To: Steve Leach, 1500 Summit Oak Court, Burnsville MN 55337

YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | ROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

[X] YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION<br>SKOLNICK & SHIFF, P.A.<br>2100 Rand Tower<br>527 Marquette Ave S., Minneapolis, MN 55402-1308 | DATE AND TIME<br>January 8, 2009   10:00 a.m. |
|---|---|

[X] YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE EXHIBIT A

| PLACE | DATE AND TIME |
|---|---|
|  |  |

YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers,

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| _Attorney for Defendant_ | December 17, 2009 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

William R. Skolnick, Esq.
2100 Rand Tower 527 Marquette Ave S., Minneapolis, MN 55402-1308
(612)677-7600

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

¹ If action is pending in district other than district of issuance, state district under case number.
AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

| Executed on | | |
|---|---|---|
| | DATE | SIGNATURE OF SERVER |
| | | ADDRESS OF SERVER |

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

## (c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

## (d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **In Re:** ) | **Bankruptcy Case No: 09-50779-RJK** |
| ) | |
| **DENNIS E. HECKER,** ) | |
| ) | **Chapter 7** |
| **Debtor.** ) | |
| ) | |
| ──────────────── ) | |
| ) | |
| **CHRYSLER FINANCIAL** ) | **Adversary Proceeding No.: 09-05019** |
| **SERVICES AMERICAS** ) | |
| **LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **DENNIS E. HECKER,** ) | |
| ) | |
| **Defendant** ) | |
| ) | |

## NOTICE OF TAKING DEPOSITION
### OF RICHARD A. PAGE

**TO:**  **Plaintiff and its counsel, Gray, Plant, Mooty, Mooty & Bennett, P.A., Nicholas Nierengarten, 500 IDS Center, 80 S. 8th St., Minneapolis, Minnesota 55402 and Mayer Brown LLP, Howard Roin and Stuart Rozen, 71 South Wacker Drive, Chicago, Illinois, 60606.**

PLEASE TAKE NOTICE THAT pursuant to Bankruptcy Rules 7030 and 9016

incorporating Fed.R.Civ.P. 30 and 45 Defendant Dennis E. Hecker through his

attorneys has issued a subpoena to Richard A. Page for the taking of his deposition

and for the production of documents at the offices of Skolnick & Shiff, P.A., 527

Marquette Ave. S. Suite 2100, Minneapolis, MN 55402 on Friday, January 8, 2010

1

commencing at 10:00 a.m., and thereafter by adjournment until the same shall be

completed.  A copy of the Subpoena is attached as Exhibit A.

**Dated: December 17, 2009**                    SKOLNICK & SHIFF, P.A.

**William R. Skolnick  # 137182**
**2100 Rand Tower**
**527 Marquette Avenue**
**Minneapolis, MN 55402**
**Phone (612) 677-7600**
**Fax (612) 667-7601**

**ATTORNEY FOR DEFENDANT**

2

## EXHIBIT A TO RICHARD A. PAGE SUBPOENA

### DEFINITIONS

1.  "Document" and "documents" are used in the broadest possible sense and shall include, any written, typed, photocopy, recorded, electronically stored information within the possession or custody or under the control of Richard A. Page or his representatives. This includes copies of the following:  correspondence, notes, records, messages, memoranda, contracts, agreements, bills, reports, schedules, summaries, analyses, facsimiles, transcripts and recordings.  Any drafts or revisions of any of the foregoing, any document which has or contains any attachment, enclosure, notation, addition, insertion, or marking of any kind which is not a part of another document, or any document which does not contain a comment, notation, addition, insertion, or marking which is part of another document, is to be considered a separate document.

2.  The term "relating" or "relate" or "relates" or "in relation to" means, in addition to its usual and customary meaning, containing, discussing, showing, mentioning, reflecting, or referring to in any way, directly or indirectly, and is meant to include, among other documents, documents underlying, supporting, now or previously attached or appended to, or used in the preparation of any document called for by each Request.

3.  The terms "you" and "your" refer to Richard A. Page and his representatives.

### INSTRUCTIONS

1.      Unless otherwise indicated, the documents covered by this Request include all documents which have come into existence since January 1, 2006.

2.  If you contend that any document is privileged or otherwise not subject to discovery, (a) identify the withheld document by author, addressee, date, number of pages, and subject matter, (b) set forth the nature and basis for your contention that the document is not subject to discovery, and (c) identify each person to whom a copy of the withheld document was sent, or to whom to the withheld document or its contents, or any

portion thereof, was disclosed.

    3.  If any of the documents requested below have been destroyed, or otherwise discarded, identify the document destroyed or discarded in the same manner as any documents you assert are privileged.

<div align="center">REQUESTS</div>

    **REQUEST 1.:**    Any and all business diaries, appointment calendars, work planners or other means of periodically recording meetings or other engagements maintained or kept by you or on your behalf for the period of January 1, 2006 through October 31, 2009.

    **REQUEST 2.:**    All documents relating to or reflecting any and all meetings, discussions, or other communications between you and any other person referring or relating in any way to transactions between Chrysler Financial Services Americas, LLC and any business related to Dennis E. Hecker, including but not limited to all correspondence, letters, memoranda, notes, handwritten notes, files, e-mails and attachments, faxes, and any other writings, recordings or tangible things.

    **REQUEST 3.:**    Any and all documents that relate or refer in any way to any contracts, agreements, discussions, negotiations, or offers between Hyundai Motor America and any business related to Dennis E. Hecker or respective representatives, including but not limited to all versions, drafts, proposals, offers, counteroffers, notes, handwritten notes, memoranda, correspondence, letters, e-mails and attachments, and all other such writings or tangible things.

    **REQUEST 4.:**    Any and all documents, notes, correspondence between you and Steven Leach that relate in any way to any business related to Dennis Hecker.

    **REQUEST 5.:**    Any and all written or recorded statements you have given to anyone concerning this lawsuit or its subject matter.

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: ) | **Bankruptcy Case No: 09-50779-RJK** |
| **DENNIS E. HECKER,** ) | |
| Debtor. ) | **Chapter 7** |
| ) | |
| **CHRYSLER FINANCIAL** ) | **Adversary Proceeding No.: 09-05019** |
| **SERVICES AMERICAS** ) | |
| **LLC,** ) | |
| **Plaintiff,** ) | |
| **v.** ) | |
| **DENNIS E. HECKER,** ) | |
| **Defendant** | |

### <u>AMENDED NOTICE OF TAKING DEPOSITION</u>
### <u>OF STEVEN LEACH</u>

**TO:   Plaintiff and its counsel, Nicholas Nierengarten and Howard Roin.**

PLEASE TAKE NOTICE THAT pursuant to Bankruptcy Rules 7030 and 9016

incorporating Fed.R.Civ.P. 30 and 45 Defendant Dennis E. Hecker through his

attorneys has issued a subpoena to Steven Leach for the taking of his deposition

and for the production of documents at the offices of Skolnick & Shiff, P.A., 527

Marquette Ave. S. Suite 2100, Minneapolis, MN 55402 on Friday, January 8, 2010

commencing at 10:00 a.m., and thereafter by adjournment until the same shall be

completed.  A copy of the Subpoena is attached as Exhibit A.

<center>1</center>

**Dated: December 17, 2009**                SKOLNICK & SHIFF, P.A.

**William R. Skolnick  # 137182**
**2100 Rand Tower**
**527 Marquette Avenue**
**Minneapolis, MN 55402**
**Phone (612) 677-7600**
**Fax (612) 667-7601**

ATTORNEY FOR DEFENDANT

2

## EXHIBIT A TO STEVEN LEACH SUBPOENA

### DEFINITIONS

1.  "Document" and "documents" are used in the broadest possible sense and shall include, any written, typed, photocopy, recorded, electronically stored information within the possession or custody or under the control of Steven Leach or his representatives.  This includes copies of the following:  correspondence, notes, records, messages, memoranda, contracts, agreements, bills, reports, schedules, summaries, analyses, facsimiles, transcripts and recordings.  Any drafts or revisions of any of the foregoing, any document which has or contains any attachment, enclosure, notation, addition, insertion, or marking of any kind which is not a part of another document, or any document which does not contain a comment, notation, addition, insertion, or marking which is part of another document, is to be considered a separate document.

2.  The term "relating" or "relate" or "relates" or "in relation to" means, in addition to its usual and customary meaning, containing, discussing, showing, mentioning, reflecting, or referring to in any way, directly or indirectly, and is meant to include, among other documents, documents underlying, supporting, now or previously attached or appended to, or used in the preparation of any document called for by each Request.

3.  The terms "you" and "your" refer to Steven Leach and his representatives.

### INSTRUCTIONS

1.      Unless otherwise indicated, the documents covered by this Request include all documents which have come into existence since January 1, 2006.

2.  If you contend that any document is privileged or otherwise not subject to discovery, (a) identify the withheld document by author, addressee, date, number of pages, and subject matter, (b) set forth the nature and basis for your contention that the document is not subject to discovery, and (c) identify each person to whom a copy of the withheld document was sent, or to whom to the withheld document or its contents, or any

portion thereof, was disclosed.

    3. If any of the documents requested below have been destroyed, or otherwise discarded, identify the document destroyed or discarded in the same manner as any documents you assert are privileged.

<div align="center">REQUESTS</div>

**REQUEST 1.:**    Any and all business diaries, appointment calendars, work planners or other means of periodically recording meetings or other engagements maintained or kept by you or on your behalf for the period of January 1, 2006 through October 31, 2009.

**REQUEST 2.:**    All documents relating to or reflecting any and all meetings, discussions, or other communications between you and any other person referring or relating in any way to transactions between Chrysler Financial Services Americas, LLC and any business related to Dennis E. Hecker, including but not limited to all correspondence, letters, memoranda, notes, handwritten notes, files, e-mails and attachments, faxes, and any other writings, recordings or tangible things.

**REQUEST 3.:**    Any and all documents that relate or refer in any way to any contracts, agreements, discussions, negotiations, or offers between Hyundai Motor America and any business related to Dennis E. Hecker or respective representatives, including but not limited to all versions, drafts, proposals, offers, counteroffers, notes, handwritten notes, memoranda, correspondence, letters, e-mails and attachments, and all other such writings or tangible things.

**REQUEST 4.:**    Any and all documents, notes, correspondence between you and Richard Page that relate in any way to any business related to Dennis Hecker.

**REQUEST 5.:**    Any and all written or recorded statements you have given to anyone concerning this lawsuit or its subject matter.

# EXHIBIT 32

**Nierengarten, Nicholas N.**

| | |
|---|---|
| **From:** | Zach Puchtel [ZPuchtel@skolnick-shiff.com] |
| **Sent:** | Monday, December 21, 2009 1:30 PM |
| **To:** | Nierengarten, Nicholas N.; hroin@mayerbrown.com |
| **Cc:** | Bill Skolnick; Andrew Bardwell; LuAnn Petricka |
| **Subject:** | New Privilege Log |
| **Attachments:** | 20091221_NEW Priv Log.pdf |

Gentlemen,

Attached to this email, please find the new Privilege Log. If you have any questions, please feel free to contact me.

Best,

*Zachary M. Puchtel*
Legal Assistant
Skolnick and Shiff, P.A.
2100 Rand Tower
527 Marquette Avenue South
Minneapolis, Minnesota 55402-1308
(612)677-7600 TEL. (612) 677-7601 FAX

**EXHIBIT 32**

## Privilege Log
### CHRYSLER FINANCIAL SERVICES V. DENNIS E. HECKER
Court File No. 09-050779

| Date | AUTHOR/RECIPIENT: EMAIL | Description | Objection to Production |
|---|---|---|---|
| 11/15/08 3:50:01 p.m. | Denny Hecker/Bruce Parker | Security Post orders from Chrysler | Attorney-Client Privilege Work-Product |
| 11/15/08 4:06:01 p.m. | Denny Hecker/Bruce Parker/ Clint Cutler | Advice on Minneapolis Chrysler Audit | Attorney-Client Privilege; Work-Product |
| 11/15/08 4:36:03 p.m. | Denny Hecker/Bruce Parker/Barbara Jerich/ Erik Dove | Fw: Walser proposal | Attorney-Client Privilege; Work-Product |
| 11/15/08 4:52:04 p.m. | Denny Hecker/Clint Cutler | Conference call re: Chrysler Financial proposal | Attorney-Client Privilege; work-product; irrelevant |
| 11/15/08 4:51:00 p.m. | Denny Hecker/Bruce Parker/Erik Dove | Luther Auto/Walser interest | Attorney-Client Privilege; Work-product |
| 11/15/08 4:59:02 p.m. | Denny Hecker/Bruce Parker/Barbara Jerich/ Erik Dove | Luther Auto/Walser interest—advice on strategy for meeting with Walser | Attorney-Client Privilege; work-product |
| 11/26/08 7:19:02 a.m. | Bruce Parker/Denny Hecker/ Advantage Auto employees Forwarded From Denny Hecker to Molly Kaplan with instructions to print | Proposed Advantage bankruptcy outline for letter (several emails) | Attorney-Client Privilege; work-product |
| 11/26/08 8:18:00 a.m. | Denny Hecker/Bruce Parker/Barbara jerich/ T. Hecker/Molly Borg | Monticello store re-opening, communications for advice | Attorney-Client Privilege; work-product |
| 11/24/08 2:37:05 p.m. | Denny Hecker/Bruce Parker/Molly Kaplan | Bellanotte Letter of Intent (Attachment) | Attorney-Client Privilege |
| 11/3/08 | Denny Hecker/David Uhlig/Erik Dove/Jody | Monarch on the Park/CO financing | Attorney-Client Privilege |

| 10:54:03 a.m. | Edwards | and valuation | |
|---|---|---|---|
| 11/3/08 11:59:05 | Bruce Parker/Denny Hecker Deny Hecker forwarded to Molly Kaplan to Print | Limited Interim Agreement related to wholesale check request information | Attorney-Client Privilege |
| 11/5/08 8:55:03 a.m. | Denny Hecker/David Uhlig | Monarch on the Park/CO financing and valuation– suggestions for negotiation | Attorney-Client Privilege; work-product |
| 11/24/08 5:41:00 p.m. | Denny Hecker/Bruce Parker/ Robert Pitts/Jeff Brown/Chris McIntyre | Documents for Denny (Attachments) including bill of sale for 500 units and letters of resignation (Denny/Erik) | Attorney-Client Privilege; work-product |
| 11/24/08 7:41:01 p.m. | Denny Hecker/Bruce Parker/Robert Pitts/ Jeff Brown/Chris McIntyre | Questions about Documents sent by Robert Pitts | Attorney-Client Privilege; work-product |
| 11/25/08 1:07:00 p.m. | Denny Hecker/Bruce Parker/ Clint Cutler/Keith Phillips/Barbara Jerich | Questions re: Bank transaction refunds for Chase Bank | Attorney-Client Privilege; Work-Product |
| 11/25/08 2:21:00 p.m. | Denny Hecker/ Bruce Parker/ Clint Cutler/Erik Dove | Communications re: Aspen Proeprty and advice from attorneys | Attorney-Client Privilege; Work Product |
| 10/1/08 7:18:05 p.m. | Susan Rhode/Denny Hecker Forwarded to T. Hecker | Communications from Rhode | Attorney-Client Privilege; Spousal privilege |
| 10/7/08 2:05:02 p.m. | Denny Hecker/Bruce Parker | Fw: meeting with Tom Gillman | Attorney-Client Privilege; irrelevant |
| 10/5/08 1:50:01 p.m. | Denny Hecker/Erik Dove/Wayne Belisle/Blackie Landreville Forwarded message from Bill Mohrman | Signature Pages for Settlement Agreement re: New Brighton | Attorney-Client Privilege |
| 9/29/08 8:39:09 a.m. | Denny Hecker/Bruce Parker/ Erik Dove | S/C Proposal/sales of franchises | Work-Product |
| 9/25/08 | Denny Hecker Forwarded to Molly Kaplan | Hecker Estate/Trusts | Attorney-Client privilege; Work- |

| | | | Product |
|---|---|---|---|
| 7:43:04 a.m. | message between Bruce Parker/Denny Hecker | | |
| 11/16/08 3:19:02 p.m. | Denny Hecker/Bruce Parker/Erik Dove | Advice re: CFC fleet | Attorney-Client Privilege; work-product |
| 11/16/08 3:51:05 p.m. | Denny Hecker/Bruce Parker | Communication re: M&I Bank partner financials/default | Attorney-Client Privilege; work-product |
| 11/16/08 3:29:00 p.m. | Denny Hecker/Tam Hecker Forwarded chain of messages between Clint Cutler/Denny Hecker/ Hecker attorneys | Draft email to CFC attorney | Attorney-Client Privilege; work-product |
| 11/16/08 3:52:01 | Denny Hecker/Bruce Parker/Molly Kaplan | Fw: email from Mike Givens—financials for M&I Bank | Attorney-Client Privilege |
| 11/16/08 3:18:03 p.m. | Denny Hecker/Bruce Parker | Fw: email from Mike Givens—questions about defaulted M&I Bank loan | Attorney=Client Privilege; Work-Product |
| 11/16/08 3:55:04 p.m. | Denny Hecker/Bruce Parker/Barbara Jerich/Molly Kaplan | Responses to draft email to CFC attorney | Attorney-Client Privilege; work-product |
| 11/15/08 5:03:04 | Denny Hecker/Erik Dove Includes message from Bruce Parker to Denny Hecker | Communication re: Luther potential interest | Attorney-Client Privilege; work-product |
| 11/15/08 5:08:00 p.m. | Denny Hecker/Bruce Parker/ Clint Cutler | Communication re: draft email to CFC attorney/strategy | Work-Product |
| 11/26/08 7:20:02 a.m. | Denny Hecker fwd to Molly Kaplan to print message from Bruce Parker/Denny Hecker/ Barbara Jerich | Inver Grove VW and Hyundai Dealerships | Attorney-Client Privilege; work-product |
| 11/10/08 10:32:05 a.m. | Denny Hecker fwd to Cindy Bowser to print message from Bruce Parker/ Erik Dove/Denny Hecker/Ralph Strangis/Clint Cutler | MA&A agreement comments and clarification | Work-Product; Attorney-Client privilege |
| 11/10/08 10:38:04 | Denny Hecker/Erik Dove/Bruce Parker/Barbara Jerich | Advice sought re: ID of Fords on lot | Attorney-Client Privilege; work-product |

3

| Date/Time | Participants | Description | Privilege |
|---|---|---|---|
| a.m. | | | |
| 11/18/08 4:55:00 a.m. | Denny Hecker/ Bruce Parker/Barbara Jerich/Erik Dove | Advice sought re: Ford demand for cars | Attorney-Client Privilege; work-product |
| 11/9/08 7:33:03 p.m. | Denny Hecker fwd to Erik Dove and Barbara Jerich messages from Clint Cutler/Bruce Parker/ Denny Hecker | Hecker/Advantage draft letter and advice | Attorney-Client; Work-Product |
| 11/18/08 5:01:05 a.m. | Denny Hecker/Bruce Parker/Barbara Jerich/Erik Dove/Donna Rizner/Bruce Parker | Press Release re: Advantage | Work-Product privilege |
| 11/7/08 3:53:05 p.m. | Denny Hecker/Bruce Parker/Erik Dove/Clint Cutler | Communications re: hold from CFC | Attorney-Client Privilege; work-product |
| 11/7/08 9:58:04 p.m. | Denny Hecker/Cutler/Parker/ Strangis/Barbara Jerich/Erik Dove | Questions re: finance hold from Chrysler Financial – advice sought | Attorney-Client Privilege; work-product |
| 11/7/08 6:33:00 a.m. | Denny Hecker/Cutler/ Parker/ Strangis/Erik Dove | Chrysler Financial alternatives outline for DEH | Attorney-Client Privilege; work-product |
| 11/9/08 10:06:02 a.m. | Denny Hecker/ Parker/Molly Borg/Erik Dove/Barbara Jerich/Donna Rizner | Discussions re: revised complaint | Attorney-Client privilege; Work-Product |
| 11/18/08 4:56:05 a.m. | Denny Hecker fwd to Tam Hecker message from Denny Hecker to Tim Thorton | Revised Limited Agreement re: licensing | Spousal privilege; Attorney-Client privilege; Work-Product |
| 11/16/08 1:07:03 p.m. | Denny Hecker/Parker/Cutler/Frank Dankovitch/Jim Gustafson/Darwin Lund/tom Schwartz | Strategy re: dealing with CFC demands for cars and cash freed through actions | Attorney-Client Privilege; work-product |
| 2/17/09 11:03:03 a.m. | Dove to Bruce Parker/Denny Hecker/ Borg/Cutler/ Bowser | Chrysler Financial/Hecker Foreclosures draft of legal documents | Work-Product |
| 2/18/09 4:04:03 p.m. | Hecker to Bowser to print message from Molly Borg | Documents discussed during meeting: litigation list, S/C | Work-Product |

4

| | | |
|---|---|---|
| 2/11/09 2:12:05 p.m. | Hecker to Bowser to Print message from Parker | Discussions re: foreclosure actions by CFC | Work-Product |
| 2/11/09 4:15:03 p.m. | Hecker/Parker/Volk/Borg/ Cutler | Rosedale Dodge communications | Work-Product |
| 2/11/09 9:07:05 p.m. | Hecker to Dove to print message from Jerich/Cutler/ Parker | Rosedale Dodge/Vemark LLC discussions re: actions to be taken | Work-Product |
| 2/9/09 6:21:03 a.m. | Hecker fwd to Kaplan and Bowser to print message from Parker to Hecker/Volk/Borg/ Cutler/Dove | CFC potential financial proposals | Work-Product |
| 2/9/09 1:13:03 p.m. | Hecker to Molly Kaplan and Cindy Bowser to print message from Parker | Communication re: email sent by Parker to Dan Cadlick at Larkin Hoffman | Work-Product |
| 2/9/09 1:31:00 p.m. | Hecker to Parker/Dove | Communications re: updates on US Bank matters | Attorney-Client privilege; Work-Product |
| 2/4/09 5:30:03 p.m. | Hecker to Bowser to print message from J. Michael Dady/Hecker | Communications re: Hobbs Farm Equipment suit | Attorney-Client; Work-Product |
| 2/11/09 9:05:02 p.m. | Hecker/Dankovich/Dove/Parker | Communication re: CFC and Vehicle titles | Attorney-Client privilege |
| 2/9/09 9:43:01 a.m. | Hecker/Dove/Parker | Communication re: US Bank default | Attorney-client privilege, work-product |
| 2/9/09 9:50:02 | Hecker/T. Hecker | Communication re: US bank Financing | Spousal privilege |
| 2/10/09 9:27 a.m. | Dove/Borg/Hecker/Paula Volk/Greg Orthun | Communications re: Hecker financial info | Work-Product |
| 2/2/09 10:06:00 | Hecker/Cutler/Borg/Volk/Parker/W.Dove/E. Dove/Eckhart/Bowser | Communication re: meeting of counsel | Work-Product |

| | | |
|---|---|---|
| 4/13/09 11:36:00 a.m. | Hecker fwd to Bowser to print email from Borg/Parker/Dove/Hecker | Communication re: Ford litigation | Attorney-client privilege, Work-Product |
| 4/13/09 11:36:02 a.m. | Hecker fwd to Bowser to print message from Bruce Parker | Communication re: Ford litigation | Attorney-client privilege, Work-Product |
| 4/14/09 10:14:05 a.m. | Hecker fwd to Bowser message from Molly Borg | Communication re: Wagener litigation | Attorney-client privilege, Work-Product |
| 4/16/09 7:31:01 a.m. | Hecker to Bowser to print message from Dove and Cutler | Communication re: selection of counsel | Attorney-Client Privilege |
| 4/16/09 7:31:04 a.m. | Hecker fwd to Bowser to Print message from Dove to Mohrman | Re: License and title fees | Attorney-Client Privilege |
| 4/5/09 7:42:52 p.m. | Cutler/Dove/Parker/Hecker/Borg/Volk | Liquidation analysis | Work-Product |
| 4/5/09 6:35:22 p.m. | Dove/Cutler/Parker/Hecker/Borg/Volk | Liquidation analysis | Work-product |
| 4/5/09 1:49:08 p.m. | Dove/Parker/Cutler/Hecker | Re: Toyota financing | Attorney-Client Privilege, work-product |
| 4/6/09 11:25:02 a.m. | Hecker fwd to Bowser email from Cutler | Communication re: conference call | Attorney-Client Privilege |
| 3/18/09 4:22:02 p.m. | Hecker fwd to Bowser to print email from Dove to Parker and Cutler | Communication re: Abra purchase agreement | Attorney-Client Privilege |
| 3/27/09 5:26:05 p.m. | Hecker fwd to Bowser to print email from Cutler to Dove and Parker | Re: Enterprise non-compete | Attorney-Client Privilege |

6

| | | |
|---|---|---|
| 3/23/09 7:22:03 a.m. | Hecker fwd to Bowser to print message from Dove fwd from Parker | Re: Eaglerider agreement | Attorney-client privilege |
| 3/23/09 8:49:19 a.m. | Hecker fwd to Bowser to print message from Parker | Re: Eaglerider agreement | Attorney-Client Privilege |
| 3/23/09 8:59:53 a.m. | Hecker fwd to Bowser to Print message including Parker | Re: Eaglerider agreement | Attorney-Client Privilege |
| 3/23/09 9:22:04 a.m. | Hecker fwd to Bowser to print message from Parker | Re: Dealership investment | Attorney-Client Privilege |
| 3/11/09 10:50:01 a.m. | Hecker fwd to Bowser to print message from Dove to Parker and Cutler | Re: Abra deal | Attorney-Client Privilege; |
| 3/6/09 9:31:25 a.m. | Hecker fwd to Bowser to print message from Mark Peterson | Re: Ward litigation | Attorney-client privilege |
| 3/6/09 12:05:04 p.m. | Hecker fwd to Bowser to print message from Parker to Corey-Edstrom | Re: Enterprise agreement | Work-product |
| 3/3/09 6:52:05 a.m. | Hecker fwd to Bowser to print message from Parker to Tim Kelly | Re: scheduling | Attorney-Client Privilege |
| 3/4/09 9:25:27 a.m. | Hecker fwd to Bowser to print message from Parker to Brown/Hagloff/Dove/Moon | Re: Enterprise motion | Attorney-client privilege, work-product |
| 3/4/09 1:29:36 p.m. | Hecker fwd to Bowser to print message from Parker to Corey-Edstrom/Hecker/Brown | Re: Enterprise Motion | Attorney-Client Privilege, work-product |
| 2/28/09 1:55:05 p.m. | Hecker/ Parker/Dove/Corey-Edstrom/ and advising Larkin Hoffman attorneys | Re: Enterprise Proposed APA/sale of assets | Work-Product; Expert Work-Product |

7

| | | |
|---|---|---|
| 3/1/09 11:44:02 a.m. | Hecker/Parker/Dove | Re: Enterprise advice, communications | Attorney-Client Privilege; work-product |
| 3/1/09 2:01:03 p.m. | Hecker/Parker | Re: telephone communications re: Enterprise | Attorney-Client Privilege |
| 3/1/09 4:13:05 p.m. | Hecker/Parker/Dove | Re: Enterprise Asset negotiations | Attorney-Client; work-product |
| 3/2/09 8:00:04 a.m. | Hecker/Parker/Dove/Jerich | Re: Enterprise business issues/ advice | Attorney-Client Privilege; work-product |
| 3/2/09 6:40:00 p.m. | Hecker to Tam Hecker fwd message from Corey-Edstrom | Re: update of Advantage proceedings | Attorney-Client Privilege; spousal privilege |
| 2/27/09 4:34:01 p.m. | Hecker/Parker/Dove | Advice/communications re: Advantage balance sheet | Attorney-Client Privilege |
| 2/27/09 4:34:02 p.m. | Hecker/Parker/Corey-Edstrom | Communications re: balance sheet and advice | Attorney-Client Privilege; work-product |
| 2/27/09 4:59:00 p.m. | Hecker to Tam Hecker fwd message Parker | Re: update of communication with Enterprise | Attorney-Client Privilege |
| 2/27/09 4:59:04 p.m. | Hecker fwd to Bowser to print message from Molly Borg (Briggs) | Re: Carlton/Rosedale deal | Attorney-Client; work-product |
| 11/25/08 9:08:02 a.m. | Hecker to Molly Kaplan to print fwd message from Parker | Re: Eagle Rider documents | Attorney-Client Privilege |
| 11/25/08 9:11:00 a.m. | Hecker fwd to Molly Kaplan message between Cutler/Hecker/Parker | Re: meeting with James Rubenstein at Moss & Barnett | Attorney-Client Privilege; work-product |
| 11/25/08 | Hecker fwd to Molly Kaplan to print | Re: communications concerning | Attorney-Client Privilege |

| | | | |
|---|---|---|---|
| 9:08:04 a.m. | message from Parker/Hecker/Dove | Eagle Rider | |
| 11/20/08 12:39:02 p.m. | Hecker/Keith Phillips/Erik Dove/ Bruce Parker | Re: creditor | Attorney-Client Privilege |
| 11/18/08 10:54:01 a.m. | Hecker/Cutler/Dove | Re: creditor update | Attorney-Client Privilege |
| 11/18/08 4:49:03 a.m. | Hecker/Tim Thornton (Briggs) | Re: legal advice | Attorney-Client Privilege |
| 11/17/08 9:41:04 p.m. | Hecker/Parker/Dove/Cutler/Tim Kelly/Strangis | Re: legal advice—limited agreement | Attorney-Client Privilege |
| 11/17/08 7:50:00 p.m. | Hecker/Parker/Tim Kelly/Dove/Cutler/Strangis | Re: legal strategy | Attorney-Client Privilege |
| 11/17/08 9:27:00 p.m. | Hecker/Parker/Dove/Cutler/Tim Kelly/Strangis | Re: advice/legal strategy—creditors | Attorney-Client Privilege |
| 11/17/08 6:44:01 p.m. | Hecker/Parker/Dove/Cutler/Borg | Re: Cooperation agreement/legal advice | Attorney-Client Privilege |
| 11/17/08 6:16:04 p.m. | Hecker to Jerich reply to message that included Parker | Re: legal advice—Advantage | Attorney-Client Privilege |
| 11/17/08 5:36:49 p.m. | Hecker/Cutler/Dove/Parker/Georgia Eckhart/Bowser | Re: meeting/legal advice | Attorney-Client Privilege |
| 11/17/08 5:20:28 p.m. | Hecker/Cutler/Parker/Dove/Georgia Eckhart/Bowser | Re: legal strategy | Attorney-Client Privilege |
| 11/23/08 2:18:03 | Parker/Hecker/Cutler/Kaplan | Re: LOI draft—legal dvice | Attorney-Client Privilege |

| | | | |
|---|---|---|---|
| p.m. | | | |
| 11/23/08 2:11:04 p.m. | Hecker/Edwards (Aspen counsel) | Re: legal advice—properties | Attorney-Client Privilege |
| 11/23/08 2:09:04 p.m. | Hecker/Parker/Dove/Jerich/Kaplan | Re: Legal strategy/advice | Attorney-Client Privilege; Work-Product |
| 11/23/08 1:50:01 p.m. | Hecker/Susan Miller/Barbara Jerich fwd message from Clint Cutler | Re: payroll—legal advice | Attorney-Client Privilege |
| 11/22/08 1:58:01 p.m. | Hecker/Parker | Re: legal advice | Attorney-Client Privilege |
| 11/22/08 1:29:05 p.m. | Hecker/Parker/Cutler | Re: update on properties/strategy | Attorney-Client Privilege; work-product |
| 11/22/08 1:56:04 p.m. | Hecker/Parker/Cutler | Re: Phantom | Attorney-Client Privilege |
| 12/22/08 1:02:02 p.m. | Hecker/Dankovich/Parker/Dove (chain) | Re: update –Open requests (Rosedale) | Attorney-Client Privilege |
| 12/22/08 4:37:02 p.m. | Hecker/Cutler | Re: update | Attorney-Client Privilege |
| 12/22/08 2:02:04 p.m. | Hecker/Cutler | Re: update – Chrysler | Attorney-Client Privilege |
| 12/22/08 4:46:03 p.m. | Hecker/Dove Copied to Parker | Re: Hertz | Attorney-Client Privilege |
| 12/22/08 5:33:02 | Hecker/ Dove fwd of email between Parker/Hecker (chain) | Re: legal advice—Expedia | Attorney-Client Privilege |

| | | |
|---|---|---|
| p.m.<br>12/22/08<br>7:59:03<br>p.m. | Hecker/Parker/Dove/Cutler | Re: legal advice/strategy | Attorney-Client; work-product |
| 10/16/08<br>3:18:01<br>p.m. | Hecker/Dove/Parker/Dave Thomas | Re: legal advice/communications | Attorney-Client Privilege |
| 10/16/08<br>3:15:01<br>p.m. | Cutler/Dove/Parker/Dave Thomas/Susan<br>Miller | Re: legal strategy/advice-CF actions | Attorney-Client Privilege |
| 10/18/08<br>1:31:01<br>p.m. | Hecker/Parker/Cutler/Dove | Re: seeking legal advice-Inver<br>Grove Hyundai | Attorney-Client; work-product |
| 10/18/08<br>2:40:00<br>p.m. | Hecker/Dove/Jerich/Cutler chain including<br>Parker | Re: legal advice-Inver Grove | Attorney-Client Privilege |
| 10/19/08<br>7:01:01<br>p.m. | Hecker/Parker/Dove | Re: legal advice, questions US Bank<br>documents | Attorney-Client Privilege; Work-<br>Product |
| 10/19/08<br>8:04:04<br>p.m. | Hecker/T. Hecker fwd email from<br>Dove/Hecker/Parker | Re: legal advice/security issues | Attorney-Client; work-product;<br>spousal privilege |
| 10/19/08<br>8:45:03<br>p.m. | Hecker/Cutler | Re: legal advice/security issues | Attorney-Client Privilege |
| 10/20/08<br>6:02:03<br>a.m. | Hecker/Cutler/Parker/Dove | Re: Hecker email/legal advice | Work-Product |
| 8/5/08<br>10:10:03<br>a.m. | Hecker/Parker/Dove | Re: strategy for DTG | Attorney-Client; Work-Product |
| 8/1/08<br>5:53:04<br>p.m. | Hecker/Kaardal/Dove | Re: Trial preparation | Attorney-Client; work-product |

11

| | | |
|---|---|---|
| 7/30/08 2:35:04 p.m. | Hecker fwd to Molly Kaplan to print message including Parker | Re: attachment/control agreement | Attorney-Client Privilege |
| 10/16/08 8:58:05 a.m. | Hecker/Strangis/Parker/Dove | Re: legal advice | Attorney-Client Privilege |
| 10/13/08 2:46:05 p.m. | Hecker/Susan Gelinske (Briggs)/ Erik Dove | Re: legal fees | Attorney-Client Privilege |
| 12/15/08 10:04:03 a.m. | Hecker to Tam Hecker to print message from Molly Borg (Briggs) | Re: trial preparation | Attorney-Client; work-product |
| 12/15/08 15:52:51 p.m. | Hecker to Cindy Bowser to print fwd message from Bruce Parker | Re: Hertz materials | Attorney-Client; work-product |
| 12/15/08 6:54 a.m. | Hecker/Parker/Erik Dove | Re: legal advice/ CFC creditors | Attorney-Client Privilege |
| 12/15/08 2:20:02 p.m. | Hecker/Parker | Re: legal advice/strategy | Attorney-Client Privilege; Work-Product |
| 12/15/08 3:03:01 p.m. | Hecker fwd to Dove message from Parker | Re: questions on Canadian Federal Court legal strategy | Attorney-Client; work-product |
| 10/19/08 7:50:04 p.m. | Hecker/Parker/Dove/Cutler | Re: draft letter to CFC | Attorney-Client; Work-Product |
| 12/18/08 10:39:04 a.m. | Hecker/Dove reply to message including Cutler | Re: Financing/Legal advice | Attorney-Client Privilege; work-product |
| 12/18/08 11:16:02 a.m. | Hecker/Jody Edwards (Aspen atty) | Re: Monarch on the Park financing | Attorney-Client |
| 12/3/08 5:40:01 | Hecker fwd to Molly Kaplan to print messages From Tim Thorton and Susan | Re: litigation memo | Work-Product |

12

| | Miller | | |
|---|---|---|---|
| p.m. | | | |
| 12/3/08 6:31:05 p.m. | Hecker/Erik Dove/Bruce Parker | Re: Hyundai | Attorney-Client privilege |
| 12/7/08 10:11:03 p.m. | Hecker/Dover/Parker/Cutler | Re: strategy | Attorney-Client Privilege |
| 12/8/08 4:28:02 p.m. | Hecker/Dove fwd message from Clint Cutler and Bruce Parker | Communications Re: bankruptcy filing | Attorney-Client Privilege |
| 12/8/08 4:31:05 p.m. | Hecker/Dove fwd messages from Cutler and Parker | Communications re: bankruptcy | Attorney-Client Privilege |
| 12/8/08 8:43:00 p.m. | Hecker fwd to Tam  Hecker messages from Molly Borg/Paula Volk/Parker/Cutler | Communications re: strategy | Attorney-Client Privilege, spousal privilege |
| 12/8/08 8:43:05 p.m. | Hecker/Borg/Parker/Dove | Communications re: Litigation strategy | Attorney-Client Privilege; work product |
| 12/9/08 11:55:02 a.m. | Hecker fwd to Molly Kaplan to print message from Susan Miller to Bruce Parker and Denny Hecker | Communications re: real estate legal advice | Attorney-Client Privilege |
| 12/9/08 11:58:00 a.m. | Hecker/Jerich/Parker/Dove | Communications seeking legal advice re: employee requests | Attorney-Client Privilege |
| 12/9/08 5:18:01 p.m. | Hecker to Dove reply to message from Molly Borg | Communications re: settlement negotiations | Attorney-Client Privilege; Work-product |
| 12/9/08 8:26:02 p.m. | Hecker/Parker/Dove | Communications re: strategy | Attorney-Client Privilege |
| 12/10/08 11:26:00 a.m. | Hecker fwd to Molly Kaplan to print message from Bruce Parker | Communications re: Hertz negotiations | Attorney-Client Privilege; work-product |

| | | |
|---|---|---|
| 12/10/08 12:37:05 p.m. | Hecker fwd to Molly Kaplan to print message from Bruce Parker | Communications re: Hertz negotiations | Attorney-Client Privilege; work-product |
| 12/10/08 3:40:02 p.m. | Hecker fwd to Molly Kaplan to print message from Bruce Parker | Communications re: Inver Grove VW | Attorney-Client Privilege |
| 12/10/08 3:42:05 p.m. | Hecker/Dove/Parker/Jerich | Communications re: Inver Grove VW | Attorney-Client Privilege |
| 12/11/08 12:12:02 p.m. | Hecker/Parker | Communications re: legal strategy | Attorney-Client Privilege |
| 12/11/08 1:07:02 p.m. | Hecker/Dove/Dankovich/Parker | Communications re: legal strategy | Attorney-Client Privilege |
| 12/11/08 3:22:02 p.m. | Hecker/Parker | Communications re: strategy | Attorney-Client Privilege |
| 12/11/08 3:53:05 p.m. | Hecker/Dove/Parker | Communications re: GMAC | Attorney-Client Privilege |
| 10/20/08 8:32:01 p.m. | Hecker fwd to Tam Hecker message from Dove to Parker and Hecker | Communications re: Hertz negotiations | Attorney-Client Privilege; Spousal privilege |
| 10/20/08 9:15:03 p.m. | Hecker reply to message from Dove to Hecker and Parker | Communications re: Hertz negotiations | Attorney-Client Privilege |
| 10/21/08 2:57:00 p.m. | Hecker/Parker | Communications re: financing | Attorney-Client Privilege |
| 10/21/08 3:14:03 p.m. | Hecker/Parker/Dove | Communication re: Inver Grove financing | Attorney-Client Privilege |
| 10/21/08 | Hecker/Kelly/Parker/Cutler | Communications re: Advantage | Attorney-Client Privilege |

14

| | | |
|---|---|---|
| 3:16:01 p.m. | | |
| 10/21/08 4:06:03 p.m. | Hecker fwd to Dove messages To Parker, Cutler and Barbara Jerich | Communications re: strategy | Attorney-Client Privilege |
| 10/21/08 4:04:00 p.m. | Hecker/Dove/Parker/Jerich/Cutler/Kelly | Communication re: strategy | Attorney-Client Privilege |
| 10/21/08 6:42:02 p.m. | Hecker/Keith Phillips/Dove/Parker | Communication re: Suzuki invoices | Attorney-Client Privilege |
| 10/21/08 6:48:02 p.m. | Hecker/Keith Phillips/Dove/Parker | Communications re: Suzuki invoices | Attorney-Client Privilege |
| 10/21/08 7:55:02 p.m. | Hecker/Parker | Fwd: attachment re: financing | Attorney-Client Privilege; work-product |
| 10/21/08 7:55:03 p.m. | Hecker/Parker | Communications re: financing | Attorney-Client Privilege; work-product |
| 10/22/08 5:55:02 a.m. | Hecker/Parker | Communication re: strategy | Attorney-Client Privilege |
| 10/22/08 8:00:01 a.m. | Hecker/Dove reply to message from Bruce Parker | Communications re: Chrysler strategy | Attorney-Client Privilege |
| 10/22/08 8:00:03 a.m. | Hecker fwd to Tam Hecker and Barbara Jerich message from Bruce Parker | Communication re: Chrysler strategy | Attorney-Client Privilege; Spousal privilege |
| 10/22/08 10:02:02 a.m. | Hecker/Molly Kaplan/Jeff Ward/Dove/Tim Kelly | Communication re: legal strategy | Attorney-Client Privilege |
| 10/22/08 11:18:05 | Hecker/Dankovich/Dove/Parker | Communication | Attorney-Client Privilege |

15

| | | | |
|---|---|---|---|
| a.m. | | | |
| 12/18/08 11:16:04 a.m. | Hecker/Jody Edwards | Communications re: real estate financing | **Attorney-Client Privilege** |
| 12/18/08 11:18:00 a.m. | Hecker/Dove/ Richard Olson fwd of message form Jody Edwards | Communications re: real estate financing | **Attorney-Client Privilege** |
| 12/18/08 1:41:04 p.m. | Hecker/Parker/Cutler | Communications re: Hyundai legal strategy | **Attorney-Client Privilege** |
| 12/18/08 1:54:01 p.m. | Hecker/Parker/Cutler/Dove | Communications re: Hyundai legal strategy | **Attorney-Client Privilege** |
| 12/18/08 1:54:04 p.m. | Hecker/Parker/Dove/Bowser | Communication re: Advantage | **Attorney-Client Privilege** |
| 12/18/08 1:56:03 p.m. | Hecker/Dove/Parker | Communications re: Oak Park Heights | **Attorney-Client Privilege** |
| 12/18/08 7:12:04 p.m. | Hecker/Parker/Dove | Communications re: Ford vehicles | **Attorney-Client Privilege** |
| 12/19/08 6:14:00 a.m. | Hecker/Cutler/Parker/Dove | Communications re: Ford vehicles | **Attorney-Client Privilege** |
| 12/19/08 10:58:05 a.m. | Hecker/Dove/Parker/Cutler | Communication re: appraisal | **Attorney-Client Privilege** |
| 12/19/08 10:51:05 a.m. | Hecker/Bright/Cutler/Parker/Jerich/Dove | Communications re: Ford vehicles | Attorney-client priivilege |
| 12/19/08 11:07:05 a.m. | Hecker/Parker/Cutler/Dove/Jerich | Communications re: warranty dispute | **Attorney-Client Privilege** |

16

| | | |
|---|---|---|
| 12/19/08 11:11:02 a.m. | Hecker/Bright reply to message from Cutler | Communications re: Ford vehicles | Attorney-Client Privilege |
| 12/19/08 3:04:04 p.m. | Hecker/Parker | Communications re: legal strategy | Attorney-Client Privilege |
| 12/19/08 4:35:00 p.m. | Hecker/Parker/Jerich | Communication re: strategy | Attorney-client privilege |
| 12/19/09 4:47:00 p.m. | Hecker/Cutler/Parker/Dove | Communication re: legal strategy | Attorney-client privilege; Work-Product |
| 12/19/08 8:03:02 p.m. | Hecker/Parker/Dove/Cutler | Communications re: financing | Attorney-client privilege |
| 12/19/08 8:07:02 p.m. | Hecker/Parker | Communications re: sale of dealership | Attorney-client privilege |
| 12/19/08 8:10:00 p.m. | Hecker/Parker/Dove/Cutler | Communication re: scheduling, strategy | Attorney-client privilege |
| 12/19/08 8:13:02 p.m. | Hecker/Parker/Dove | Communication re: real estate | Attorney-client privilege |
| 12/20/08 11:19:00 a.m. | Hecker/Dove/Cutler | Communications re: Bank regulators | Attorney-client privilege |
| 12/20/08 11:34:05 a.m. | Hecker/Cutler | Communications re: bank audit | Attorney-client privilege |
| 12/20/08 11:35:01 a.m. | Hecker/Cutler | Communications re: Foreclosure agreement | Attorney-client privilege; work product |
| 12/20/08 | Hecker/Parker | Communications re: Foreclosure | Attorney-client privilege; work |

17

| | | agreement | product |
|---|---|---|---|
| 2:36:03 p.m. | | | |
| 12/20/08 2:52:05 p.m. | Hecker/Cutler/Parker/Dove | Communications re: foreclosure agreement | Attorney-client privilege; work product |
| 12/20/08 3:33:03 p.m. | Hecker/Dove replying to emails from Cutler and Parker | Communications re: foreclosure agreement | Attorney-client privilege; work product |
| 12/20/08 3:36:00 p.m. | Hecker/Cutler/Parker/Dove | Communications re: foreclosure agreement | Attorney-client privilege; work product |
| 12/21/08 5:46:04 p.m. | Hecker/Parker | Communications re: foreclosure agreement | Attorney-client privilege |
| 12/21/08 10:39:05 p.m. | Hecker/Parker | Communication re: strategy | Attorney-client privilege |
| 12/22/08 12:34:03 p.m. | Hecker/T. Hecker Fwd of email from Parker | Communications re: foreclosure agreement | Attorney-client privilege; work-product; spousal privilege |
| 12/15/08 4:07:00 p.m. | Hecker/Dove Fwd of email from Parker | Communication re: Advantage | Attorney-client privilege |
| 12/15/08 7:53:04 p.m. | Hecker/Dove/Cutler | Communication re: Financing | Attorney-client privilege |
| 12/16/08 7:30:05 a.m. | Hecker fwd to Molly Kaplan to print messages from Parker and Dove | Communications re: Hertz | Attorney-client privilege; work-product |
| 12/16/08 8:41:01 a.m. | Hecker/Cutler | Communications re: hertz | Attorney-client privilege |
| 12/16/08 11:35:03 | Hecker/Dove reply to email from Cutler | Communications re: Foreclosure agreement | Attorney-client privilege |

| | | |
|---|---|---|
| a.m. | | |
| 12/16/08 3:08:20 p.m. | Hecker fwd to Bowser email from Parker | Attorney-client privilege |
| 12/16/08 3:10:31 p.m. | Hecker fwd to Bowser to print email from Parker | Attorney-client privilege; work-product |
| 12/16/08 3:07:58 p.m. | Hecker fwd to Bowser to print email from Parker | Attorney-client privilege; work-product |
| 12/17/08 10:45:19 a.m. | Hecker fwd to Kaplan and Bowser email from Molly Borg | Attorney-client privilege; work-product |
| 12/17/08 10:57:00 a.m. | Hecker fwd to Tam Hecker message from Moly Borg | Attorney-client privilege; work-product; spousal privilege |
| 12/17/08 12:03:03 p.m. | Hecker/Parker/Dove | Attorney-client privilege |
| 12/17/08 5:33:03 p.m. | Hecker/Gustafson/Dove fwd message from Bruce Parker | Attorney-client privilege |
| 12/17/08 5:36:00 p.m. | Hecker fwd to Molly Kaplan to print message from Bruce Parker | Attorney-client privilege |
| 12/17/08 6:29:02 p.m. | Hecker/Gustafson replies to message from Bruce Parker | Attorney-client privilege |
| 10/22/08 12:19:01 p.m. | Email chain from Denny Hecker to Frank Dankovich, Bruce Parker, Eric Dove | Attorney-Client Privilege Work-Product |
| 10/22/08 12:22:03 p.m. | Email chain from Denny Hecker to Frank Dankovich, Bruce Parker, Eric Dove | Attorney-Client Privilege; Work-Product |


| Date/Time | Description | Privilege |
|---|---|---|
| a.m. | | |
| 12/16/08 3:08:20 p.m. | Hecker fwd to Bowser email from Parker | Communications re: Foreclosure agreement | Attorney-client privilege |
| 12/16/08 3:10:31 p.m. | Hecker fwd to Bowser to print email from Parker | Communications re: foreclosure agreement | Attorney-client privilege; work-product |
| 12/16/08 3:07:58 p.m. | Hecker fwd to Bowser to print email from Parker | Communications re: foreclosure agreement | Attorney-client privilege; work-product |
| 12/17/08 10:45:19 a.m. | Hecker fwd to Kaplan and Bowser email from Molly Borg | Communications re: Motorplexx litigation | Attorney-client privilege; work-product |
| 12/17/08 10:57:00 a.m. | Hecker fwd to Tam Hecker message from Moly Borg | Communications re: Motorplexx litigation | Attorney-client privilege; work-product; spousal privilege |
| 12/17/08 12:03:03 p.m. | Hecker/Parker/Dove | Communications re: US bank | Attorney-client privilege |
| 12/17/08 5:33:03 p.m. | Hecker/Gustafson/Dove fwd message from Bruce Parker | Communications re: US bank financing | Attorney-client privilege |
| 12/17/08 5:36:00 p.m. | Hecker fwd to Molly Kaplan to print message from Bruce Parker | Communications re: Advantage | Attorney-client privilege |
| 12/17/08 6:29:02 p.m. | Hecker/Gustafson replies to message from Bruce Parker | Communications re: US bank financing | Attorney-client privilege |
| 10/22/08 12:19:01 p.m. | Email chain from Denny Hecker to Frank Dankovich, Bruce Parker, Eric Dove | DCS | Attorney-Client Privilege Work-Product |
| 10/22/08 12:22:03 p.m. | Email chain from Denny Hecker to Frank Dankovich, Bruce Parker, Eric Dove | Legal Strategy | Attorney-Client Privilege; Work-Product |

19

| | | |
|---|---|---|
| 10/22/08 12:25:03 p.m. | Email from Denny Hecker to Keith Phillips/Erik Dove/Bruce Parker/Ralph Strangis | Re: records requested by Chrysler | Attorney-Client Privilege |
| 10/22/08 3:25:06 p.m. | Denny Hecker to Barbara Jerich forwarding email from Dove to Parker | Re: issue with Ford and Chrysler | Attorney-Client Privilege |
| 10/22/08 7:34:04 p.m. | Denny Hecker/Bruce Parker/Clint Cutler/ Dove/Jerich/Terhaar | Legal Strategy | Attorney-Client Privilege |
| 10/23/08 12:26:00 p.m. | Denny Hecker/Bruce Parker | Chrysler EFT Audit | Attorney-Client Privilege; work-product |
| 10/23/08 12:38:04 p.m. | Denny Hecker, Dave Thomas, Bruce Parker, Eric Dove | Information requested by Chrysler | Attorney-Client Privilege; work-product |
| 10/23/08 4:14:01 p.m. | Hecker fwd to Tamitha Hecker message from Susan Rhode | Divorce | Attorney-Client Privilege; work-product; spousal privilege; irrelevant |
| 10/23/08 5:18:05 | Denny Hecker, fwd to Eric Dove, message from Jim Gustafson to Bruce Parker Frank Dankovich, Thomas Schwarts, Cheryl Helfricht | Status of vehicles | Attorney-Client Privilege; work product |
| 10/23/08 6:48:05 p.m. | Denny Hecker, Bruce Parker | ACH Returns | Attorney-Client Privilege; work product; |
| 10/23/08 8:21:05 p.m. | Denny Hecker, Bruce Parker, Erik Dove | Status of lawsuit | Attorney-Client Privilege; work product |
| 10/23/08 10:07:03 p.m. | Denny Hecker to Frank Dankovich fwd message from Bruce Parker to Paula Volk (Briggs), Molly Borg (Briggs), Hecker/Dove | Audit Results | Attorney-Client Privilege; work-product |
| 10/24/08 7:01:02 a.m. | Hecker fwd to Bowser to print chain including message from Bruce Parker | Dealership Operating Requirements | Attorney-Client Privilege; work-product |

| | | | |
|---|---|---|---|
| 10/24/08 7:02:00 a.m. | Denny Hecker to Bruce Parker, Erik Dove, Barbara Jerich, Clint Cutler, Ralph Strangis | Dealership Operating Requirements | Attorney-Client Privilege; work-product |
| 10/24/08 10:20:03 a.m. | Denny Hecker to Barbara Jerich, Bruce Parker Eric Dove | Scanned attachment | Attorney-Client Privilege; Work-Product |
| 10/24/08 12:59:03 a.m. | Denny Hecker to Clint Cutler, Eric Dove, Bruce Parker fwd message from Keith Phillips Keith Phillips | Ford Incentive Money | Attorney-Client Privilege; Work Product |
| 10/24/08 2:42:02 p.m. | Hecker fwd to Bowser and Kaplan to print message from Dove to Parker and Hecker | Leach employment agreement non-disparagement language | Attorney-Client Privilege; irrelevant |
| 10/24/08 5:10:00 p.m. | Denny Hecker to Roger Bjork, Dove, Parker, Cutler, Strangis, Jerich | Legal strategy | Attorney-Client Privilege; work-product |
| 10/24/08 5:11:05 p.m. | Denny Hecker to Dove, Jerich, Parker | Media | Attorney-Client Privilege |
| 10/25/08 11:45:02 a.m. | Denny Hecker fwd to Dove, Parker, Cutler message from Carrie Haugerud | Chrysler Rep | Attorney client privilege, work-product |
| 10/25/08 12:24:04 p.m. | Denny Hecker to Cal Kuhlman, Parker | Call from Hyundai | Attorney-Client privilege; Work-Product |
| 9/23/08 9:21:00 a.m. | Denny Hecker fwd to Parker message from Dove | Legal strategy | Attorney-Client Privilege; work-product |
| 9/22/08 12:39:01 p.m. | Denny Hecker/Bruce Parker | Legal fee issue | Attorney-Client Privilege; |
| 9/19/08 8:55:02 a.m. | Denny Hecker, Molly Borg | Warrant – dog issue | Attorney-Client Privilege; work-product; irrelevant |
| 9/19/08 | Denny Hecker fwd to Dove chain including | Warrant – dog issue | Attorney-Client Privilege; work |

21

| | | | |
|---|---|---|---|
| 11:57:01 a.m. | Borg | | product; irrelevant |
| 9/19/08 12:12:01 p.m. | Denny Hecker fwd to T. Hecker chain including Borg | Warrant – dog issue | Attorney-Client Privilege; work-product; irrelevant |
| 9/18/08 12:12:05 p.m. | Denny Hecker to Dove re: messages including Borg | Warrant – dog issue | Attorney-Client Privilege; work-product; irrelevant |
| 9/18/08 1:03:03 p.m. | Denny Hecker to Dove re: messages including Borg | Warrant – dog issue | Attorney-client privilege; work-product; irrelevant |
| 9/18/08 5:49:03 p.m. | Denny Hecker fwd to Molly Borg message from T. Hecker re: warrant | Warrant – dog issue | Attorney-client privilege, work product; irrelevant; |
| 9/17/08 6:05:02 a.m. | Denny Hecker, to Dove re: messages from Tim Davis (CA attorney), William Blasser (attorney) Jose Cordova (attorney), William Hannan (attorney), Justin Davis | Mendoza v. Autocal, LLC d/b/a Redwood City Dodge and Triad Financial | Attorney-Client Privilege; work-product; irrelevant |
| 9/17/08 6:48:01 a.m. | Denny Hecker to Susan Rhode | Divorce | Work-Product; Attorney-Client privilege; irrelevant |
| 9/16/08 3:00:01 p.m. | Denny Hecker to Susan Rhode | Divorce | Attorney-Client Privilege; work-product; irrelevant |
| 8/23/08 12:17:04 p.m. | Hecker, Parker, Dove | Advice sought re: letter | Attorney-Client Privilege; work-product |
| 8/26/08 4:17:08 p.m. | Denny Hecker fwd to Molly Kaplan message originating from Cynthia Moyer at Fredrickson | Past Due Account | Attorney-Client; Work-Product |
| 8/26/08 6:33:00 p.m. | Denny Hecker to Susan Rhode | Divorce | Work-Product privilege; attorney client privilege; irrelevant |
| 11/28/08 | Denny Hecker, Parker, Dove | Redlined Redemption Agreement | Attorney-Client Privilege; work- |

22

| | | | product |
|---|---|---|---|
| 7:16:03 p.m. | | | |
| 11/27/08 9:42:04 a.m. | Denny Hecker to Dove, re message from Parker | Eaglerider | **Attorney-Client Privilege; work-product; irrelevant** |
| 11/27/08 9:43:02 a.m. | Denny Hecker to Parker | Email from Fritz – termination of franchise | **Attorney-Client privilege; Work-Product; irrelevant** |
| 11/27/08 10:49:03 a.m. | Denny Hecker to Parker | Eaglerider | **Attorney-Client privilege; Work-Product; irrelevant** |
| 11/27/08 10:51:02 a.m. | Denny Hecker fwd to Jeff Brown, McIntyre, Peter Wurner message from Parker | Eaglerider term sheet | **Attorney-Client Privilege; work-product; irrelevant** |
| 11/27/08 11:26:00 a.m. | Denny Hecker fwd to T. Hecker message from Parker | Eaglerider term sheet | **Attorney-Client Privilege; work-product; irrelevant** |
| 11/27/08 3:35:04 p.m. | Denny Hecker to McIntyre chain including Parker | Eaglerider term sheet | **Attorney-Client Privilege; work-product; irrelevant** |
| 11/28/08 8:27:03 a.m. | Denny Hecker, Parker, Dove | Discussions with 3rd party onlines | **Attorney-Client Privilege; work-product;** |
| 11/28/08 11:04:04 a.m. | Denny Hecker, Parker, Cutler, Dove, Dankovich, Gustafson | Forward of email from Rozen re: return of vehicles | **Attorney-Client Privilege; work-product; irrelevant** |
| 11/28/08 11:32:01 a.m. | Denny Hecker, Cutler, Parker | Return of vehicles | **Attorney-Client Privilege; work-product;** |
| 11/28/08 12:09:02 p.m. | Denny Hecker, Dove, Parker, Kaplan | Lines of Credit from US Bank | **Attorney-Client Privilege; work-product;** |
| 11/26/08 2:02:01 | Denny Hecker, Parker, Dove, Dave Thomas | GMAC | **Attorney-Client Privilege; work-product; irrelevant** |

| | | | |
|---|---|---|---|
| p.m. | | | |
| 11/26/08 2:18:02 p.m. | Hecker fwd to Dankovich message to Parker | Hertz | Attorney-Client privilege; Work-Product |
| 11/26/08 2:39:01 p.m. | Hecker, Parker, Dove | Release of passwords to Bowker | Attorney-Client; Work-Product |
| 11/26/08 4:46:00 p.m. | Denny Hecker to Parker | Term sheet for ERF redemption | Attorney-Client Privilege; work-product; |
| 11/26/08 7:19:02 p.m. | Denny Hecker fwd to McIntyre, message from Dove to Pitts and Parker | Eaglerider Finance Redemption / Note Extension | Attorney-Client Privilege; work-product; irrelevant |
| 11/26/08 7:31:01 p.m. | Denny Hecker fwd to Tamitha Hecker | Eaglerider Finance Redemption / Note Extension | Attorney-Client Privilege; work-product; irrelevant |
| 2/2/09 11:13:06 a.m. | Denny Hecker fwd to Bowser to print message from Bruce Parker | Twin Cities Automotive Agreements | Attorney-Client Privilege; work-product |
| 1/27/09 11:02:03 p.m. | Denny Hecker fwd to Bowser to print, message from Parker | Draft asset purchase agreement with Hertz | Attorney-Client Privilege; work-product; |
| 1/28/09 8:28:00 a.m. | Denny Hecker to Robert Moon, chain including Parker, Cutler, Corey-Edstrom | Asset Purchase Agreement from Hertz | Attorney-Client Privilege; work-product; |
| 1/28/09 8:54.04 a.m. | Hecker, Parker, Dove | Hertz Asset Purchase | Attorney-client privilege, Work-Product |
| 1/28/09 9:03:00 a.m. | Hecker, Parker, Dove | Hertz Asset Purchase | Attorney-Client Privilege; work-product; |
| 1/28/09 9:28:00 a.m. | Hecker, Parker, Cutler, Volk (Briggs), Borg | Reingold v. ARAC | Attorney-Client Privilege; work-product; irrelevant |

24

| | | | |
|---|---|---|---|
| 1/28/09 10:12:04 a.m. | Hecker, Parker, Dove, | ABRA Business appraisal | Attorney-Client Privilege; work-product; irrelevant |
| 10/22/08 3:07:05 p.m. | Hecker fwd to Ka[plan to print, message from Susan Gelinske (Briggs) to Hecker and Volk | Request for Information about member contributions | Attorney-Client Privilege, work-product |
| 10/22/08 3:13:00 p.m. | Hecker to Dove | Information Inquiry | Work-product |
| 10/23/08 10:00:04 p.m. | Hecker, Dove, Parker, Strangis | Hertz discussions | Attorney-Client Privilege, work-product |
| 10/23/08 5:23:04 p.m. | Hecker fwd to Dove message to Parker and Hecker from Gustafson | Incentive Agr with Chrysler | Work product |
| 10/16/08 4:24:02 p.m. | Hecker, Dove, Parker | DTG status | Attorney-Client Privilege; work-product; |
| 8/7/08 1:45:03 p.m. | Hecker, Dale Schneider, Dave Thomas, Gustafson | Toyota payoffs | Work-product; |
| 8/7/08 8:15:01 a.m. | Hecker, Dove | Wells Fargo | Work product |
| 8/8/09 3:07:00 p.m. | Hecker Miller | Payments going out | Work product |
| 1/28/09 10:45:04 a.m. | Hecker, Parker, Dove | ABRA | Attorney-Client Privilege; work-product; irrelevant |
| 1/28/09 11:29:00 a.m. | Hecker, Dove, Cutler | Letters served | Attorney-Client Privilege |
| 1/23/09 | Hecker fwd to Bowser to print message from | Bellanottee | Attorney-Client Privilege; work- |

| | | |
|---|---|---|
| 10:27:24 a.m. | Parker to Kelly (Dorsey) | product; irrelevant |
| 1/27/09 12:24:05 p.m. | Hecker, Becky Braun, Parker | Jeff Sell Rent | Attorney-Client Privilege; work-product; irrelevant |
| 1/24/09 12:03:05 p.m. | Hecker fwd to Tamitha Hecker, Jake Hecker message from Cutler | Service of Chrysler Complaint | Attorney-Client Privilege; |
| 1/24/09 12:18:04 p.m. | Hecker, Cutler, Dove, Parker, Volk | Chrysler Complaint | Attorney-client privilege |
| 1/24/09 12:30:02 p.m. | Hecker fwd to Tamitha Hecker message from Parker | Chrysler Complaint | Attorney-Client Privilege; work-product; |
| 1/24/09 12:39:05 p.m. | Hecker, Borg | Conference Call | Attorney-Client Privilege; work-product; |
| 1/24/09 12:46:05 p.m. | Hecker, Borg | Conference Call | Attorney-client privilege, work-product |
| 1/24/09 5:59:01 p.m. | Hecker, Borg, Dove, Parker, Cutler, Volk | Statement | Attorney-Client Privilege, work-product |
| 1/25/09 11:14:00 a.m. | Hecker, Borg | Call re Statement | Attorney-Client Privilege; work-product; |
| 1/25/09 11:22:03 a.m. | Hecker, Borg | Statement | Attorney-Client Privilege; work-product; |
| 1/20/09 5:05:02 p.m. | Hecker, Parker | Vehicles at non-Manheim repair facilities | Attorney-Client Privilege; work-product; |
| 1/22/09 3:48:03 | Hecker, Rhode | Divorce | Attorney-Client Privilege; work-product; irrelevant |

26

| | | | |
|---|---|---|---|
| p.m. | | | |
| 1/22/09 6:27:02 p.m. | Hecker, Dove, Cutler | Wells Fargo loans | Attorney-Client Privilege; work-product; irrelevant |
| 1/22/09 6:32:05 p.m. | Hecker, Parker, Jerich, Dove | Parking Lease Agreement | Attorney-Client Privilege; work-product; irrelevant |
| 1/22/09 8:51:00 p.m. | Hecker, Rhode | Update of status | Attorney-Client Privilege |
| 4/23/09 3:45:31 p.m. | Parker, Michael Dady, Hecker, Dove, Bowser, Kaplan | GMC deals | Attorney-Client Privilege; |
| 4/23/09 3:50:15 p.m. | Parker, Dove, Bowser, Kaplan, | Attachment to GMC | Attorney-Client Privilege; |
| 1/21/09 9:33:03 a.m. | Hecker to Dove fwd message from Parker to Kam Talebi | Bellanotte | Attorney-Client Privilege; Irrelevant |
| 1/21/09 10:31:03 a.m. | Hecker, Rhode | Divorce | Attorney-Client Privilege; irrelevant |
| 1/21/09 4:39:01 p.m. | Hecker, Parker, Jerich, Dove, Parker, Jerich | Hasselquist Management | Attorney-Client Privilege; irrelevant |
| 1/21/09 11:44:02 p.m. | Hecker to Parker, Talebi, Dove | Bellenotte | Attorney-Client Privilege; irrelevant |
| 1/22/09 10:56:05 a.m. | Parker, Hecker | Totaled Land Rover | Attorney-Client Privilege |
| 1/16/09 7:30:01 a.m. | Hecker, Dove, Parker | TARP Bill | Attorney-Client Privilege; Irrelevant |

27

| Date/Time | Parties | Subject | Privilege |
|---|---|---|---|
| 1/17/09 6:31:04 p.m. | Hecker, Parker, Cutler, Dove | Advantage IOI | Attorney-Client Privilege; work product |
| 1/18/09 9:44:03 p.m. | Parker, Cutler, Dove | Advantage IOI | Attorney-Client Privilege; work product |
| 1/19/09 9:01:03 a.m. | Parker, Hecker | Advantage IOI | Attorney-Client Privilege; work-product; |
| 1/19/09 9:04:00 a.m. | Hecker to Parker, Miller, Schwartz, Gustafson, Dove | Financing of Land Rover | Attorney-Client Privilege; work-product; |
| 1/19/09 9:26:00 a.m. | Hecker fwd to Tamitha Hecker, message including Parker, Miller, Schwartz, Dove, Parker | Land Rover | Attorney-Client Privilege; |
| 1/19/09 9:35:00 a.m. | Hecker fwd to Parker, Miller, Dove, Jerich message from Tom Schwartz | Land Rover | Attorney-Client Privilege; |
| 1/19/09 9:56:01 a.m. | Hecker to Gustafson fwd message from Parker | Land Rover Insurance Proceeds | Attorney-Client Privilege |
| 1/19/08 10:23:05 a.m. | Hecker, Parker | Canadian Trademark Litigation | Attorney-Client Privilege; work product; |
| 12/2/08 11:10:02 a.m. | Hecker, Dove re: message from Borg | Romano v. Advantage | Attorney-Client Privilege; work product |
| 12/2/08 1:29:03 p.m. | Hecker to Dove fwd of message to Parker | Travelocity | Attorney-Client Privilege |
| 12/2/08 1:33:05 p.m. | Hecker, Parker | Sydney Holdings | Attorney-Client Privilege; work product |
| 12/2/08 | Hecker to Dove re: message to Parker | Advantage financials | Attorney-Client Privilege; work |

28

| | | product |
|---|---|---|
| 7:17:00 p.m. | | |
| 12/3/08 12:30:48 a.m. | Hecker fwd to Bowser to print message from Mark Peterson (atty) | Russ and Jeff Ward | Attorney-Client Privilege; work product |
| 12/3/08 5:19:05 p.m. | Hecker, Jody Edwards (CO atty), Dove | Monarch on the Park | Attorney-Client Privilege; work-product; irrelevant |
| 12/3/08 5:27:05 p.m. | Hecker fwd to Kaplan to print message from Cutler | Advantage Tax Audits | Attorney-Client Privilege; work product; |
| 12/3/09 5:27:03 p.m. | Hecker fwd to Kaplan to Print message from Jody Edwards | Monarch on the Park | Attorney-Client Privilege; work-product; irrelevant |
| 11/15/08 12:52:02 p.m. | Denny Hecker/Erik Dove Forwarded message chain including Bruce Parker and Mike Givens | Marshall Bank financing | Attorney-client privilege |
| 11/16/08 3:51:01 p.m. | Denny Hecker/Erik Dove/Bruce Parker/Clint Cutler | CFC Fleet | Attorney-Client privilege |
| 11/16/08 7:06:01 p.m. | Denny Hecker/Clint Cutler | Draft email to CFC | Attorney-client privilege; work-product |
| 11/15/08 6:18:05 p.m. | Denny Hecker/Bruce Parker.Erik Dove/Clint Cutler | Communications re: Marshall bank | Attorney-Client privilege |
| 11/15/08 6:19:01 p.m. | Denny Hecker/Tam Hecker | Fwd: message re: Marshall bank | Spousal privilege |
| 11/15/08 5:09:04 p.m. | Denny Hecker/Erik Dove/Clint Cutler/Tim Kelly/Bruce Parker | Communication re: CFC conference call | Attorney-Client privilege. |
| 11/18/08 4:56:00 | Denny Hecker/Bruce Parker | Communication re: strategy | Attorney-Client privilege |

29

| | | | |
|---|---|---|---|
| a.m. | | | |
| 11/16/08 12:41:01 p.m. | Denny Hecker/Erik Dove/Bruce Parker | Commu8nication re: Chrysler audit | Attorney-client privilege |
| 11/09/08 10:09:02 a.m. | Denny Hecker/Donna Rizner/Erik Dove/Barbara Jerich | FWD: messages re: Chrysler Complaint from Bruce Parker/Molly Borg | Attorney-client privilege; work-product |
| 12/19/08 11:05:04 a.m. | Hecker/Steve Bright reply including message from Cutler | Communication re: Ford vehicles | Attorney-Client privilege |
| 12/22/08 8:25:00 a.m. | Hecker/Parker/Dove | Communications re: strategy | Attorney-client privilege |
| 12/22/08 4:54:00 | Hecker/Keith Phillips/Dove email chain including Bruce Parker | Communications re: Hertz | Attorney-Client privilege |
| 12/22/08 5:04:02 p.m. | Hecker/Keith Phillips/Dove email chain including Bruce Parker | Communications re: Hertz | Attorney-Client privilege |
| 12/22/08 5:20:03 p.m. | Hecker/Dove email chain including Bruce Parker | Communications re: Hertz | Attorney-client privilege |
| 12/22/08 6:15:00 p.m. | Hecker/Dove chain including Bruce Parker | Communications re: Hertz | Attorney-client privilege |
| 12/22/08 7:09:01 p.m. | Hecker/Dove chain including Bruce Parker | Communications re: hertz | Attorney-client privilege |
| 10/16/08 9:10:02 p.m. | Hecker/Dove chain including Clint Cutler | Communications re: legal advice | Attorney-client privilege |
| 10/20/08 6:53:03 a.m. | Hecker/Dove/Parker/Cutler | Communications re: legal advice | Attorney-Client Privilege |
| 10/20/08 | Hecker/Dove/Cutler/Parker | Communication re: email draft | Attorney-client privilege |

30

| | | |
|---|---|---|
| 6:58:04 a.m. | | |
| 10/20/08 7:13:01 a.m. | Hecker/Dove reply to chain including Parker and Cutler | Communications re: email draft | Attorney-Client Privilege |
| 10/20/08 7:19:03 a.m. | Hecker/Parker/Dove/Cutler | Communications re: email draft | Attorney-client privilege |
| 8/01/08 5:29:02 p.m. | Hecker/Dove/Erick Kaardal | Communication re: litigation strategy | Work product |
| 12/17/08 8:56:05 p.m. | Hecker to Molly Kaplan fwd message from Eriik Dove to Hecker and Parker | Communications re: legal advice | Attorney-client privilege |
| 12/18/08 10:45:01 a.m. | Hecker to Dove reply to message including Cutler | Communications re: financing and legal advice | Attorney-client privilege |
| 12/18/08 10:52:04 a.m. | Hecker to Dove reply to message including Cutler | Communications re: legal advice and financing | Attorney-client privilege |
| 2/28/09 4:13:03 p.m. | Hecker/Corey-Edstrom | Communications re: Conference call | Attorney-client privilege |
| 2/28/09 4:17:00 p.m. | Hecker/Dove/Parker | Communication re: Conference call | Attorney-client privilege |
| 2/28/09 11:11:03 p.m. | Hecker/Parker/Dove | Communication re: enterprise asset purchase | Attorney-client privilege |
| 3/1/09 4:15:00 p.m. | Hecker/Jerich fwd messages including parker | Communication re: Enterprise asset purchase | Attorney-Client Privilege |
| 3/1/09 | Hecker/Parker/Dove | Communication re: Enterprise | Attorney-client privilege |

31

| | | | |
|---|---|---|---|
| 4:56:04 p.m. | | negotiations | |
| 3/2/09 7:34:04 p.m. | Hecker to Tam Hecker fwd message from Corey-Edstrom | Communication re: Advantage | Attorney-client privilege; spousal privilege |
| 11/17/08 6:36:00 p.m. | Hecker/Parker/Dove/Cutler/Borg | Communication re: CFC negotiation | Attorney-Client Privilege |
| 11/17/08 6:35:04 p.m. | Hecker/Parker/Dove/Cutler/Borg | Communication re: CFC negotiation | Attorney-Client Privilege |
| 11/17/08 6:44:05 p.m. | Hecker/Parker/Dove/Cutler/Borg | Communication re: CFC negotiations | Attorney-Client privilege |
| 11/17/08 5:17:02 p.m. | Hecker/Cutler | Communication re: legal strategy | Attorney-client privilege |
| 11/17/08 9:54:03 a.m. | Hecker/Cutler/Parker/Dove | Communication re: VW Hyundai purchase offers | Attorney-client privilege |
| 11/22/08 1:06:01 p.m. | Hecker/Cutler/Dove/Parker | Communication re: Expedia legal advice | Attorney-client privilege |
| 11/22/08 12:50:02 p.m. | Hecker/Parker/Cutler | Communication re: Phantom | Attorney-client privilege |
| 2/17/09 11:13:49 a.m. | Molly Kaplan to Hecker/Bowser reply regarding Parker email | Communication re: CFC Hecker foreclosure | Attorney-client privilege |
| 2/17/09 11:32:41 a.m. | Borg to Dove/Parker/Hecker/Kaplan/Bowser/Cutler | Communication re: CFC Hecker foreclosure | Attorney-client privilege |
| 2/17/09 11:35:56 | Dove to Borg/Parker/Molly Kaplan/Hecker/Bowser/Cutler | Communication re: CFC Hecker foreclosure | Attorney-client privilege |

| | | |
|---|---|---|
| 2/17/09 11:36:45 a.m. | Cutler to Borg/Parker/Molly Kaplan/Hecker/Dove/Bowser | Communications re: CFC Hecker foreclosure | Attorney-client privilege |
| 2/17/09 11:46:22 a.m. | Parker to Borg/Cutler/Hecker/Bowser/Molly Kaplan | Communication re: CFC Hecker Foreclosure | Attorney-client privilege |
| 2/17/09 11:47:18 a.m. | Borg to Dove/Parker/Hecker/Kaplan/Bowser/Cutler | Communication re: CFC Hecker foreclosure | Attorney-client privilege |
| 2/11/09 2:26:00 p.m. | Hecker to Bowser to Print Message from Molly Borg | Communication re: foreclosure actions | Attorney-client privilege |
| 2/11/09 9:08:02 p.m. | Hecker to Molly Kaplan to Print Message from Jerich | Communications re: Rosedale Dodge/ Vemarc LLC | Attorney-Client privilege |
| 10/22/08 3:15:02 p.m. | Hecker to Parker and Dove | Re: financing | Attorney-client privilege |
| 10/22/08 7:36:02 p.m. | Hecker to Tam Hecker fwd message to Parker | Re: repossession of cars | Attorney-client privilege; spousal privilege |
| 10/22/08 8:02:04 p.m. | Hecker to Tam Hecker | Re: repossession of cars | Attorney-client privilege; spousal privilege |
| 10/24/08 8:19:03 a.m. | Hecker fwd to Bowser to print message from Parker | Re: Dealership operating requirements | Attorney-client privilege |
| 10/24/08 2:18:00 p.m. | Hecker to Parker | Re: CFC letter | Attorney-client privilege |
| 10/25/08 12:27:05 p.m. | Hecker to Kuhlman, Dove, Parker | Re: Hyundai call | Attorney-client privilege |

33

| | | |
|---|---|---|
| 10/25/08 12:31:03 p.m. | Hecker to Dove and Parker | Re: Hyundai call | Attorney-client privilege |
| 10/25/08 1:19:00 p.m. | Hecker to Dove and Parker | Re: Hyundai and CFC | Attorney-client privilege |
| 9/22/08 12:39:02 p.m. | Hecker to Dove | Re: legal fees issue | Attorney-client privilege |
| 9/19/08 9:01:00 a.m. | Hecker fwd to Molly Kaplan to print message from Molly Borg | Re: warrant-dog issue | Attorney-client privilege |
| 9/19/08 9:01:02 a.m. | Hecker to Molly Kaplan fwd message form Molly Borg | Re: warrant-dog issue | Attorney-client privilege |
| 9/19/08 10:28:05 a.m. | Hecker to Molly Borg/Tam Hecker | Re: warrant-dog issue | Attorney-client privilege; spousal privilege |
| 9/19/08 10:29:01 a.m. | Hecker fwd to Molly Kaplan email chain including Borg | Re: warrant-dog issue | Attorney-client privilege |
| 9/19/08 10:41:05 a.m. | Hecker fwd to T. Hecker | Re: warrant-dog issue | Attorney-client privilege; spousal privilege |
| 9/19/08 11:54:03 a.m. | Hecker to Molly Borg/T. Hecker | Re: warrant-dog issue | Attorney-client privilege; spousal privilege |
| 9/19/08 11:58:03 a.m. | Hecker fwd to Molly Kaplan chain including Molly Borg | Re: warrant-dog issue | Attorney-client privilege |
| 9/18/08 6:06:06 p.m. | Denny Hecker fwd to T. Hecker message from Molly Borg | Re: warrant-dog issue | Attorney-client privilege |
| 11/28/08 | Hecker fwd to Chris McIntyre Message from | Re: Eaglerider agreement | Attorney-client privilege, work- |

| | | | |
|---|---|---|---|
| 7:51:02 p.m. | Parker | | product |
| 11/27/08 1:29:03 p.m. | Hecker fwd to T. Hecker message from Parker | Re: Eaglerider | Attorney-client privilege; work-product; spousal privilege |
| 11/28/08 12:10:04 p.m. | Hecker fwd to Molly Kaplan to print message from Dove and Parker | Re: US Bank lines of credit | Attorney-client privilege; work-product |
| 11/28/08 12:11:03 p.m. | Hecker to Dove and Susan Miller re: message including Parker | Re: US Bank credit | Attorney-client privilege; work-product |
| 11/28/08 12:17:01 p.m. | Hecker to Dove re; message to Parker | Re: U.S. Bank credit | Attorney-client privilege; work-product |
| 10/24/08 7:03:05 a.m. | Hecker to Dove re: messages including Parker | Re: Hertz | Attorney-client privilege; work-product |
| 10/24/08 7:03:00 a.m. | Hecker to Dove re: messages including Parker | Re: Hertz | Attorney-client privilege; work-product |
| 10/24/08 7:32:05 a.m. | Hecker to Dove re: messages including Parker | Re: Hertz | Attorney-client privilege; work-product |
| 1/28/09 11:13:03 a.m. | Hecker to Hage, Dove, Parker | Re:Abbra | Attorney-Client Privilege; work-product; irrelevant |
| 1/24/09 12:22:09 p.m. | Hecker to Dove, Parker, Borg | Re: Chrysler Complaint | Attorney-client privilege |
| 1/24/09 12:30:01 p.m. | Hecker to Parker, Cutler, Dove, Volk, Borg, Strangis | Re: Chrysler Complaint | Attorney-client privilege |
| 1/25/09 11:22:05 | Hecker to Borg | Re: statement | Attorney-client privilege; work-product |

| | | |
|---|---|---|
| a.m. | | |
| 1/18/09 9:46:01 a.m. | Hecker to T. Hecker fwd messages including Parker and Cutler | Re: Advantage IOI | Attorney-client privilege; work-product; spousal privilege |
| 1/19/09 10:08:05 a.m. | Hecker to Molly Kaplan fwd message including Parker | Re: Land Rover | Attorney-client privilege |
| 12/2/08 7:28:03 p.m. | Hecker to Dove re: message to Parker | Advantage financials | Attorney-Client Privilege; work product |
| 12/11/08 6:41:04 p.m. | Denny Hecker/Clint Cutler | Legal Strategy | Attorney-Client Privilege Work-Product |
| 12/12/08 10:18:00 a.m. | Denny Hecker/Bruce Parker | Legal Strategy | Attorney-Client Privilege; Work-Product |
| 12/12/08 10:58:01 a.m. | Denny Hecker/Greg Orthun/Bruce Parker/Eric Dove | Legal Strategy | Attorney-Client Privilege; Work-Product |
| 12/12/08 12:26:04 a.m. | Denny Hecker/Bruce Parker/Eric Dove | Forbearance Agreement - GMAC | Attorney-Client Privilege; work-product |
| 12/12/08 5:34:03 p.m. | Denny Hecker/Bruce Parker | Chrysler Financial | Attorney-Client Privilege; Work-product |
| 12/13/08 2:25:01 p.m. | Denny Hecker/Bruce Parker | Legal Strategy | Attorney-Client Privilege; work-product |
| 12/13/08 7:06:04 p.m. | Denny Hecker/ Bruce Parker/Eric Dove | Website issues | Attorney-Client Privilege; work-product |
| 11/08/08 7:32:00 p.m. | Denny Hecker/Bruce Parker | GMAC Complaint | Attorney-Client Privilege; work-product; irrelevant |

| | | |
|---|---|---|
| 11/08/08 8:11:05 p.m. | Denny Hecker/Clint Cutler | Advantage filing | Attorney-Client Privilege; work product |
| 11/08/08 8:29:04 p.m. | Denny Hecker/Bruce Parker | GMAC Complaint | Attorney-Client Privilege; work product |
| 11/08/08 2:04:02 p.m. | Denny Hecker to Molly Borg, Erik Dove, Bruce parker | GMAC Complaint | Attorney-Client Privilege; work product |
| 11/08/08 2:14:02 p.m. | Denny Hecker/Bruce Parker | Scheduled Meeting | Attorney-Client Privilege |
| 11/08/08 5:00:01 p.m. | Denny Hecker to Erik Dove reply to message including Bruce Parker and Clint Cutler | Legal Strategy | Attorney-Client Privilege; work-product |
| 11/08/08 7:27:02 p.m. | Denny Hecker / Bruce Parker / Clint Cutler / Erik Dove / Barbara Jerich | Legal Strategy | Attorney-Client Privilege; Work-Product |
| 11/08/08 10:50:04 a.m. | Denny Hecker/ Clint Cutler / Barbara Jerich | Legal Strategy | Attorney-Client Privilege; Work Product |
| 11/08/08 11:33:01 a.m. | Denny Hecker / Bruce Parker / Clint Cutler / Erik Dove | Legal Strategy | Attorney-Client Privilege; Work Product |
| 11/08/08 9:36:01 a.m. | Denny Hecker/Bruce Parker | Legal Strategy | Attorney-Client Privilege; Work Product |
| 11/08/08 9:34:02 a.m. | Denny Hecker fwd to Barbara Jerich message from Dove to Parker | Legal Strategy | Attorney-Client Privilege; Work Product |
| 11/08/08 9:34:04 a.m. | Denny Hecker/Erik Dove/Clint Cutler | Legal Strategy | Attorney Client-Privilege; Work Product |
| 11/05/08 | Denny Hecker / Tamitha Hecker | Chrysler Financial | Spousal Privilege |

| | | | |
|---|---|---|---|
| 9:52:01 p.m. | | | |
| 11/05/08 21:15:05 | Bruce Parker / Denny Hecker/ Ralph Strangis | Legal Strategy | Attorney-Client Privilege; Work-Product |
| 11/05/08 9:20:05 p.m. | Denny Hecker/Bruce Parker | Legal Strategy | Attorney-Client Privilege; Work-Product |
| 11/05/08 9:21:03 p.m. | Denny Hecker fwd to Dove message from Bruce Parker | Legal Strategy | Attorney-Client Privilege; Work-Product |
| 11/05/08 9:41:02 p.m. | Denny Hecker/Bruce Parker | Legal Strategy | Attorney-Client Privilege; Work Product |
| 11/05/08 8:54:02 p.m. | Denny Hecker/Bruce Parker | Legal Strategy | Attorney-Client Privilege; Work-Product |
| 11/05/08 8:56:03 p.m. | Denny Hecker fwd to T. Hecker message from Parker | Chrysler Financial | Attorney-Client Privilege; Work-Product; Spousal privilege |
| 11/05/08 7:56:00 p.m. | Denny Hecker Fwd to Dove, message including Roger Bjork (ee)/ Eric Dove/ Barbara Jerich / Bruce Parker | Legal Strategy | Attorney-Client Privilege; Work Product |
| 11/05/08 7:52:01 p.m. | Denny Hecker/Bruce Parker/ Roger Bjork (ee) / Eric Dove/Barb Jerich | Legal Strategy | Attorney-Client Privilege; Work Product |
| 11/05/08 7:52:04 p.m. | Hecker fwd to Dove message including Parker | Legal Strategy | Attorney-Client Privilege; Work Product |
| 10/30/08 8:16:02 p.m. | Denny Hecker / Bruce Parker | Conference Call | Work-Product; Attorney-Client privilege |
| 10/30/08 2:45:02 p.m. | Denny Hecker/ Bruce Parker | Hyundai | Attorney-Client Privilege; Work-Product |

38

| | | |
|---|---|---|
| 11/06/08 6:31:01 a.m. | Denny Hecker/ Bruce Parker | Chrysler Financial – Limited Interim Agreement | Attorney-Client Privilege; work-product |
| 11/06/08 10:53:04 a.m. | Hecker to Bjork reply to message including Parker | Fleet Group Employees | Attorney-Client Privilege; Work-Product |
| 11/04/08 10:04:03 p.m. | Denny Hecker/Eric Dove/ Bruce Parker | Legal Strategy | Attorney-Client Privilege |
| 11/04/08 10:07:01 p.m. | Hecker fwd to T. Hecker message including Parker | Legal Strategy | Attorney-Client Privilege; spousal privilege |
| 11/06/08 10:17:04 p.m. | Denny Hecker / Tamitha Hecker fwd message from Parker | Chrysler Financial - Limited Interim Agreement | Spousal Privilege |
| 11/04/08 9:37:04 p.m. | Denny Hecker/Erick Dove/Bruce Parker/Barb Jerich | Legal Strategy | Attorney-Client Privilege; Work-Product |
| 11/04/08 9:42:03 p.m. | Denny Hecker/ Parker | Legal Advice | Attorney-Client Privilege |
| 11/04/08 9:42:04 p.m. | Hecker to T. Hecker fwd of message to Parker | Legal Advice | Attorney-Client Privilege; spousal privilege |
| 10/31/08 9:11:03 a.m. | Denny Hecker/Bruce Parker/Eric Dove | Scheduling Meeting | Attorney-Client Privilege |
| 10/31/08 9:47:00 a.m. | Denny Hecker/Eric Dove/Bruce Parker/ Barb Jerich / Dave Thomas | Legal Strategy | Attorney-Client Privilege; Work-Product |
| 10/31/08 11:00:04 a.m. | Denny Hecker / Bruce Parker | Estate Taxes | Attorney-Client Privilege |
| 10/31/08 | Denny Hecker/ Sam Kaplan | Legal Advice | Attorney-Client Privilege |

| 12:07:00 p.m. | | | |
|---|---|---|---|
| 10/31/08 3:24:00 p.m. | Hecker fwd to Molly Kaplan / Erik Dove / Barbara Jerich message from Bruce Parker | Legal Strategy | Attorney-Client Privilege; Work Product |
| 10/30/08 8:47:04 p.m. | Denny Hecker/Bruce Parker/ Barb Jerich/Steve Bright (ee) / Erik Dove | Legal Strategy | Attorney-Client Privilege; Work Product |
| 10/30/08 6:58:03 p.m. | Hecker fwd to Hecker message from Borg | GMAC/ Legal Strategy | Attorney-Client Privilege; Work Product |
| 10/30/08 7:03:01 p.m. | Repeat of Above | GMAC/ Legal Strategy | Attorney-Client Privilege; Work Product |
| 11/04/08 5:46:00 p.m. | Denny Hecker/Bruce Parker | Follow up Communication | Attorney-Client Privilege |
| 11/04/08 11:55:05 a.m. | Denny Hecker/Clint Cutler; Bruce Parker/Eric Dove/Keith Phillips (ee)/Barb Jerich / Molly Kaplan | Chrysler Financial | Attorney-Client Privilege |
| 11/03/08 7:30:04 a.m. | Hecker fwd to Rizner to print message from Parker | Legal Strategy | Attorney-Client Privilege; Work Product |
| 11/04/08 10:23:03 a.m. | Denny Hecker/Bruce Parker/Susan Miller (ee)/ Erick Dove | Walden Leasing | Attorney-Client Privilege, Work-Product |
| 11/03/08 7:30:01 p.m. | Denny Hecker/Erick Dove/ Bruce Parker / chris Mcintyre | Legal Strategy | Attorney-Client Privilege, Work-Product |
| 11/03/08 4:17:00 p.m. | Hecker to Susan Miler re: message including Parker | Legal Strategy | Attorney-Client privilege |
| 11/01/08 4:10:04 | Denny Hecker to Erik Dove reply to message including Bruce Parker | Legal Strategy | Attorney-Client Privilege, Work-Product |

| | | | |
|---|---|---|---|
| p.m. | | | |
| 11/01/08 3:27:04 p.m. | Denny Hecker/Bruce Parker/Eric Dove | Legal Strategy | Attorney-Client Privilege, Work-Product |
| 11/01/08 3:44:00 p.m. | Denny Hecker/Bruce Parker/Eric Dove | Legal Strategy | Attorney-Client Privilege; Work-Product |
| 11/13/08 8:53:00 p.m. | Denny Hecker/Clint Cutler | Legal Strategy | Attorney-Client Privilege; Work-Product |
| 11/13/08 8:52:05 p.m. | Denny Hecker/Clint Cutler | Legal Strategy- | Attorney-client privilege, Work-Product |
| 11/12/08 11:12:00 a.m. | Denny Hecker/Barb Jerich/Eric Dove/Bruce Parker/Clint Cutler | Wells Fargo | Attorney-Client Privilege |
| 11/12/08 11:13:04 a.m. | Denny Hecker/Bruce Parker/Eric Dove/Clint Cutler/Molly Borg | Legal Strategy | Attorney-Client Privilege; Work Product |
| 11/2/08 11:09:00 a.m. | Denny Hecker/Eric Dove/Bruce Parker Clint Cutler | Legal Strategy | Attorney-Client Privilege; Work Product |
| 11/12/08 11:06:02 a.m. | Denny Hecker/Molly Borg (atty) | Legal Strategy | Attorney-Client Privilege, work-product |
| 11/12/08 11:06:01 a.m. | Hecker fwd to Kaplan message to Borg | Legal Strategy | Attorney-Client Privilege, work-product |
| 11/12/08 11:06:02 a.m. | Hecker to Borg | Legal Strategy | Attorney-Client Privilege, work-product |
| 11/12/08 11:06:00 | Denny Hecker/ Molly Borg (atty) | Communication | Attorney-Client Privilege |

41

| | | | |
|---|---|---|---|
| 11/12/08 11:05:04 a.m. | Hecker to Borg | Communication | Attorney-Client Privilege |
| 11/12/08 11:03:03 a.m. | Denny Hecker/Eric Dove/Bruce Parker | Communication | Attorney-Client Privilege |
| 11/12/08 10:58:04 a.m. | Denny Hecker/Eric Dove/Bruce Parker/Client Cutler | Legal Strategy | Attorney-Client Privilege; Work Product |
| 11/12/08 10:58:04 a.m. | Denny Hecker/Eric Dove/Bruce Parker/Clint Cutler | Legal Strategy | Attorney-Client Privilege; Work Product |
| 11/12/08 10:59:05 a.m. | Denny Hecker/Erick Dove/Cutler; Molly Borg | Legal Strategy | Attorney-Client Privilege; Work Product |
| 11/12/08 10:59:04 a.m. | Denny Hecker/Eric Dove/Clint Cutler/Molly Borg | Legal Strategy | Attorney-Client Privilege; Work Product |
| 11/12/08 10:59:04 a.m. | Denny Hecker/Eric Dove/Clint Cutler/Molly Borg | Legal Strategy | Attorney-Client Privilege; Work Product |
| 11/12/08 10:59:03 a.m. | Denny Hecker/Erick Dove/Bruce Parker/Molly Kaplan (ee)/Clint Cutler | Legal Strategy | Attorney-Client Privilege; Work Product |
| 11/12/08 10:59:02 a.m. | Denny Hecker/Erick Dove/Bruce Parker/Client Cutler/Molly Borg | Legal Strategy | Attorney-Client Privilege; Work Product |
| 11/12/08 10:59:02 a.m. | Denny Hecker/Eric Dove/Bruce Parker/Client Cutler | Legal Strategy | Attorney-Client Privilege; Work Product |
| 11/12/08 10:59:01 a.m. | Denny Hecker/Eric Dove/Bruce Parker/Client Cutler/ Molly Kaplan (ee) | Legal Strategy | Attorney-Client Privilege; Work Product |

42

| | | | |
|---|---|---|---|
| 11/12/08 10:59:00 a.m. | Denny Hecker/Erick Dove/Bruce Parker/Client Cutler | Communication re: term sheet | Attorney-Client Privilege; Work Product |
| 11/12/08 10:59:00 a.m. | Denny Hecker/Eric Dove/Bruce Parker/Client Cutler | Communication re: CFC | Attorney-Client Privilege, Work-Product |
| 11/12/08 10:58:05 a.m. | Denny Hecker/Eric Dove/Bruce Parker/Client Cutler | Legal Strategy | Attorney-Client Privilege, Work-Product |
| 11/12/08 10:58:05 a.m. | Denny Hecker/Eric Dove/Bruce Parker/Client Cutler | Legal Strategy | Work-Product; Expert Work-Product |
| 11/12/08 10:58:03 a.m. | Denny Hecker/Eric Dove/Bruce Parker/Client Cutler | Legal Strategy | Work-Product; Expert Work-Product |
| 11/12/08 6:01:02 a.m. | Denny Hecker/Eric Dove/Bruce Parker/Client Cutler | Legal Strategy | Attorney-Client Privilege; Work Product |
| 11/12/08 6:19:04 a.m. | Denny Hecker/Eric Dove/Bruce Parker/Client Cutler | Legal Strategy | Attorney-Client Privilege; Work Product |
| 11/15/08 6:48:02 a.m. | Denny Hecker fwd to Jerich and Dove message from Parker | Legal Strategy | Attorney-Client Privilege; Work Product |
| 11/05/08 6:48:05 a.m. | Hecker to Parker and Eric Dove | Letter of Credit | Attorney-Client Privilege; Work Product |
| 11/05/08 6:55:01 a.m. | Hecker to Parker and Dove | Letter of Credit | Attorney-Client Privilege; Work Product |
| 11/05/08 6:59:01 a.m. | Hecker to Dove and Parker | Letter of Credit | Attorney-Client Privilege; Work Product |
| 11/05/08 | Hecker to Dove Parker and Borg | Letter of Credit | Attorney-Client Privilege; Work |

| Date/Time | Description | Type | Product |
|---|---|---|---|
| 10:58:03 a.m. | | | |
| 11/12/08 10:41:00 a.m. | Denny Hecker/Bruce Parker/Erick Dove; Molly Borg / Cutler | Legal Strategy | Attorney-Client Privilege; Work Product |
| 11/12/08 10:47:05 a.m. | Denny Hecker/Erick Dove/Bruce Parker/Client Cutler / Borg | Communication | Attorney-Client Privilege |
| 11/12/08 10:43:04 a.m. | Denny Hecker/Erick Dove/Bruce Parker/Client Cutler | Communication | Attorney-Client Privilege |
| 11/12/08 10:38:03 a.m. | Denny Hecker/Erick Dove/Bruce Parker/Client Cutler/ Borg | Communication | Attorney-Client Privilege |
| 11/12/08 10:32:02 a.m. | Denny Hecker/Erick Dove/Bruce Parker/Client Cutler | Communication | Attorney-Client Privilege |
| 11/12/08 10:32:05 a.m. | Denny Hecker/Erick Dove/Bruce Parker/Clint Cutler | Communication | Attorney-Client Privilege; Irrelevant |
| 11/12/08 10:26:01 a.m. | Denny Hecker/Erick Dove/Bruce Parker/Client Cutler | Communication | Attorney-Client Privilege |
| 11/12/08 9:32:03 a.m. | Denny Hecker/Erick Dove/Bruce Parker/Client Cutler | Communication | Attorney-Client Privilege |
| 11/11/08 2:51:05 p.m. | Denny Hecker/Roger Bjork(ee)/Eric Dove/Bruce Parker | Communication | Attorney-Client Privilege |
| 11/05/08 7:27:04 p.m. | Hecker Fwd to Dove message including Parker | Communication | Attorney-Client Privilege |
| 11/07/08 6:31:00 | Denny Hecker/Bruce Parker | Legal Strategy | Attorney-Client Privilege |

44

| Date/Time | Description | Type | Privilege |
|---|---|---|---|
| p.m. | | | |
| 11/07/08 9:45:02 p.m. | Denny Hecker/Clint Cutler/Bruce Parker/Ralph Strangis/Barbara Jerich/Erik Dove | Legal Strategy | Attorney-Client Privilege; Work Product |
| 11/06/08 9:02:01 p.m. | Denny Hecker/Eric Dove/Bruce Parker/Barb Jerich/Keith Phillips | Legal Strategy | Attorney-Client Privilege; Work Product |
| 11/08/08 10:04:02 p.m. | Hecker to Dove reply to message chain including Cutler | Legal Strategy | Attorney-Client Privilege; Work Product |
| 11/08/08 10:05:04 p.m. | Hecker fwd to T. Hecker message from Bruce Parker/Molly Borg | Legal Strategy | Attorney-Client Privilege; work Product; Spousal privilege |
| 11/08/08 10:05:02 p.m. | Hecker fwd to T. Hecker message from Bruce Parker | Legal Strategy | Attorney-Client Privilege; Work Product; spousal privilege |
| 11/09/08 10:41:01 a.m. | Denny Hecker fwd to Tamitha Hecker message from Cutler | Communication | Attorney-client privilege; Spousal Privilege |
| 11/09/08 | Denny Hecker Fwd to Tamitha Hecker message from Bruce Parker | Communication | Attorney-client privilege; Spousal Privilege |
| 11/14/08 2:02:01 p.m. | Denny Hecker/Erick Dove/Bruce Parker/Dave Thomas (ee) | Legal Strategy | Attorney-Client Privilege |
| 11/14/08 2:13:03 p.m. | Denny Hecker/Erick Dove/Bruce Parker/Dave Thomas (ee) | Legal Strategy | Attorney-Client Privilege |
| 11/11/08 11:00:01 a.m. | Hecker fwd to Bowser message from Bruce Parker/Erick Dove | Communication | Attorney-Client Privilege |
| 11/11/08 12:18:03 p.m. | Denny Hecker/Erick Dove/ Bruce Parker/ Clint Cutler | Legal Strategy | Attorney-Client Privilege |
| 11/10/08 | Denny Hecker/Tamitha Hecker | Communication | Spousal Privilege |

| | | | |
|---|---|---|---|
| 12:08:00 a.m. | | | |
| 11/10/08 10:37:04 a.m. | Hecker fwd to Bowser to print message from Eric Dove to Clint Cutler | Legal Strategy | Attorney-Client Privilege; Work Product |
| 11/10/08 12:54:05 p.m. | Denny Hecker fwd to Bowser to print message from Bruce Parker | Legal Strategy | Attorney-Client Privilege; Work-Product |
| 11/14/08 2:01:02 p.m. | Denny Hecker/Eric Dove/Bruce Parker/Clint Cutler | Legal Strategy | Attorney-Client Privilege |
| 11/14/08 2:38:05 p.m. | Denny Hecker/Bruce Parker | Communication | Attorney-Client Privilege |
| 11/16/08 2:40:02 p.m. | Denny Hecker/Frank Dankovich (ee)/Eric Dove/Jim Gustafson (ee)/Bruce Parker/ Clint Cutler; Darwin Lund (ee)/Tom Schwartz (ee) | Communication | Attorney-Client Privilege |
| 11/15/08 3:57:05 p.m. | Denny Hecker/Bruce parker/ Barb Jerich/ Molly Kaplan (ee) | M & I Bank | Attorney-Client Privilege |
| 11/15/08 1:36:03 a.m. | Denny Hecker/Tamitha Hecker | Communication | Spousal Privilege |
| 11/15/08 3:58:00 p.m. | Denny Hecker/Bruce Parker/Eric Dove/ Clint Cutler | Legal Strategy | Attorney-Client Privilege; Work Product |
| 11/14/08 8:41:01 p.m. | Denny Hecker/Tamitha Hecker | Communication | Spousal Privilege |
| 11/25/08 4:22:00 p.m. | Denny Hecker/Erick Dove/Bruce Parker | Communication | Attorney-Client Privilege |
| 11/26/08 8:21:00 | Denny Hecker fwd to Molly Kaplan (ee) to print, message from Bruce Parker/ Clint | Legal Strategy | Attorney-Client Privilege; Work Product |

46

| a.m. | Cutler | | |
|---|---|---|---|
| 11/26/08 8:20:03 a.m. | Denny to Molly Kaplan (ee) to print, message from Bruce Parker | Legal Strategy | Attorney-Client Privilege; Work Product |
| 11/25/08 3:04:05 p.m. | Denny Hecker/Chris McIntrye (ee)/Eric Dove/Bruce Parcker | Communication | Attorney-Client Privilege |
| 11/1/08 9:12:02 a.m. | Denny Hecker/Eric Dove/Bruce Parker/Tom Mooney (ee)/ Barb Jerich | Communcation | Attorney-Client Privilege |
| 11/26/08 8:20:02 a.m. | Denny Hecker fwd to Molly Kaplan (ee) to print message from Bruce Parker | Legal Strategy | Attorney-Client Privilege; Work Product |
| 11/26/08 8:20:01 | Denny Hecker fwd to Molly Kaplan (ee) to print message from Bruce Parker | Legal Strategy | Attorney-Client Privilege; Work-Product |
| 11/24/08 4:20:21 p.m. | Hecker fwd to Bowser to print message including Parker | Car Rental Agreements | Attorney-Client Privilege; Work-Product |
| 11/24/08 6:47:05 p.m. | Denny Hecker fwd to Molly Kaplan (ee) to print message from David Uhlig (atty) | Legal Documents | Attorney-Client Privilege; Work-Product |
| 11/05/08 9:10:00 a.m. | Denny Hecker/ Eric Dove/Bruce Parker | Communication | Attorney-Client Privilege |
| 11/24/08 11:59:05 p.m. | Denny Hecker/ Eric Dove/Bruce Parker | Consulting Services | Attorney-Client Privilege |
| 10/28/08 3:44:03 p.m. | Denny Hecker/Bruce Parker | Communication | Attorney-Client Privilege |
| 10/28/08 5:54:05 p.m. | Denny Hecker/Bruce Parker' | Communication | Attorney-Client Privilege |
| 10/28/08 | Denny Hecker/Bruce Parker / Dove / Jerich / | Communication | Attorney-Client Privilege |

| 7:19:00 p.m. | Terhaar / Ralph Strangis | | |
|---|---|---|---|
| 10/28/08 8:25:01 p.m. | Denny Hecker/Tamitha Hecker | Communication | Spousal Privilege |
| 10/29/08 7:19:01 a.m. | Denny Hecker/Bruce Parker/ Dove/Cutler | Follow up Legal Documents | Attorney-Client Privilege; Work Product |
| 10/29/08 3:48:00 p.m. | Denny Hecker/Bruce Parker/Eric Dove | Communication | Attorney-Client Privilege |
| 10/29/08 5:26:04 p.m. | Denny Hecker/Bruce Parker | Communication | Attorney-Client Privilege |
| 10/29/08 11:47 a.m. | Robert Johnson (atty)/Bill Mohrman (atty) | Legal Strategy | Attorney-Client Privilege; Work Product |
| 10/29/08 9:12:00 p.m. | Denny Hecker/Tamitha Hecker | Communication | Spousal Privilege |
| 10/30/08 10:58:04 a.m. | Denny Hecker/Dave Thomas (ee)/Barb Jerich/Erick Dove/Bruce Parker/Clint Cutler | Communication | Attorney-Client Privilege |
| 10/25/08 5:10:00 p.m. | Denny Hecker/Eric Dove/Bruce Parker | Communication | Attorney-Client Privilege |
| 10/26/08 10:25:01 a.m. | Denny Hecker/Erick Dove/Bruce Parker/ Ralph Strangis/Sam Kaplan | Communication | Attorney-Client Privilege |
| 10/26/08 10:54:05 a.m. | Denny Hecker/Bruce Parker | Communication | Attorney-Client Privilege |
| 10/26/08 1:28:03 p.m. | Denny Hecker/Bruce Parker/Clint Cutler/Eric Dove | Legal Strategy | Attorney-Client Privilege; Work Product |

| | | |
|---|---|---|
| 10/26/08 1:28:00 p.m. | Denny Hecker/Eric Dove/Barb Jerich/Bruce Parker/Clint Cutler | Legal Strategy | Attorney-Client Privilege; Work Product |
| 10/26/08 3:28:01 p.m. | Denny Hecker/Erick Dove/Bruce Parker | Communication | Attorney-Client Privilege |
| 10/26/08 9:03:04 p.m. | Denny Hecker/Bruce Parker | Consultants | Attorney-Client Privilege |
| 10/27/08 1:11:03 p.m. | Denny Hecker fwd to Eric Dove messages between Bruce Parker/ Jim Gustafson (ee) | Legal Strategy | Attorney-Client Privilege; Work Product |
| 10/27/08 6:22:00 p.m. | Denny Hecker/Tamitha Hecker | Communication | Spousal Privilege |
| 10/28/08 10:55:02 a.m. | Denny Hecker/Bruce Parker | Legal Strategy | Attorney-Client Privilege; Work Product |
| 10/28/08 11:00:02 a.m. | Hecker to Parker | Legal Strategy | Attorney-Client Privilege; Work Product |
| 10/28/08 12:44:00 p.m. | Denny Hecker/Susan Rhode (atty) | Communication | Attorney-Client Privilege |
| 10/28/08 1:27:04 p.m. | Denny Hecker/Bruce Parker | Communication | Attorney-Client Privilege |
| 10/28/08 2:00:03 p.m. | Bruce Parker/Denny Hecker | Communication | Attorney-Client Privilege |
| 10/28/08 3:21:00 p.m. | Denny Hecker/Bruce Parker | Communication | Attorney-Client Privilege |
| 10/28/08 | Denny Hecker/Bruce Parker | Communication | Attorney-Client Privilege |

| | | |
|---|---|---|
| 3:27:03 p.m. | | |
| 10/28/08 3:41:02 p.m. | Denny Hecker/Susan Rhode (atty) | Communication | Attorney-Client Privilege |
| 4/15/09 1:41:52 p.m. | Hecker fwd to Bowser to print message from Dennis Knoer (atty) | Legal Documentation | Attorney-Client Privilege; Work Product |
| 4/16/09 7:31:05 a.m. | Hecker fwd to Bowser to print message from Dennis Knoer (atty) | Legal Documentation / Revised | Attorney-Client Privilege; Work Product |
| 4/16/09 3:22:16 p.m. | Hecker to Bowser to print message from Dennis Knoer/Bruce Parker/Erick Dove | Legal Documentation | Attorney-Client Privilege; Work Product |
| 3/23/09 2:08:47 p.m. | Hecker to Bowser to print message from Bruce Parker/Denny Hecker | Communication | Attorney-Client Privilege; Work Product |
| 3/1/08 4:01:00 p.m. | Denny Hecker/ Bruce Parker | Communication | Attorney-Client Privilege; Work Product |
| 3/2/09 8:03:01 a.m. | Denny Hecker/Eric Dove/Bruce Parker | Communication | Attorney-Client Privilege |
| 3/2/09 1:24:01 p.m. | Denny Hecker/Bruce Parker | Communication | Attorney-Client Privilege |
| 3/2/09 1:32:02 p.m. | Denny Hecker/Bruce Parker | Communication | Attorney-Client Privilege |
| 2/28/09 6:32:01 a.m. | Denny Hecker/Bruce Parker/Eric Dove | Communication | Attorney-Client Privilege |
| 3/1/09 15:57:22 | Bruce Parker/Rondal Haglof, Atty | Legal Documents | Attorney-Client Privilege/ Work Product |

| | | |
|---|---|---|
| 3/1/09' 4:01:03 p.m. | Hecker to Parker, Haglof, Corey-Edstrom, Thomas Laffey, Lee Kaplan, Jeffery Cowan, David Lander, Erik Dove | Legal Strategy | Attorney-Client Privilege/ Work Product |
| 2/28/09 4:07:00 p.m. | Denny Hecker/Barb Peppersack (atty)/Eric Dove/Bruce Parker/ Corey-Edstrom, Bradley Hennen | Communication | Attorney-Client Priivlege |
| 11/8/08 4:13:02 | Hecker to Parker | Legal advice | Attorney-client privilege |
| 11/8/08 5:03:04 p.m. | Hecker to Dove reply to email chain including Parker and Cutler | Communications re: Cerberus | Attorney-client privilege |
| 11/13/08 8:18:02 p.m. | Hecker to Cutler | Legal Strategy | Attorney-client privilege |